UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CRIMINAL NO. 04-10311-JLT |
| ) | |
| v. ) | VIOLATIONS: |
| ) | |
| ALVIN REEVES ) | 18 U.S.C. § 1028 (Identity Theft) |
| ) | 18 U.S.C. § 1344 (Bank Fraud) |
| Defendant. ) | 18 U.S.C. § 1028A (Aggravated Identity Theft) |
| ) | 18 U.S.C. § 2 (Aiding & Abetting) |

SEALED

## INDICTMENT

The Grand Jury Charges That at All Times Material to This Indictment:

1. ALVIN REEVES, ("REEVES"), lived in the District of Massachusetts at 14 Francis Drive, Apt 8 in Randolph.

## IDENTITY THEFT

2. From on or about November 7, 2003 through on or about September 15, 2004, REEVES obtained, from a variety of sources, the names, social security numbers, dates of birth, mothers' maiden names, credit card number and/or bank account information (collectively "Identifying Information") of numerous people.

3. As of September 15, 2004, REEVES was in possession of the Identifying Information of at least ten individuals.

4. REEVES obtained counterfeit driver's licenses containing a photograph of a co-conspirator hired by REEVES but with the Identifying Information of another person on it. REEVES then instructed the co-conspirators to enter banks posing as the individuals whose name and other Identifying Information appeared on the picture identification cards, and to withdraw money, or conduct other banking activity using the bank accounts of the person whose

Identifying Information appeared on the picture identification cards.

5. From on or about November 7, 2003 through on or about September 15, 2004, REEVES or his co-conspirators withdrew or attempted to withdraw over $75,000 from numerous financial institutions.

6. REEVES also used the Identifying Information to obtain mobile telephone accounts, and used these accounts to make his own personal telephone calls without having to pay for them. These mobile telephone accounts included Sprint PCS telephone number \*\*\*-\*\*\*-2102 opened using the Identifying Information of SA and Sprint PCS telephone numbers \*\*\*-\*\*\*-8688 and \*\*\*-\*\*\*-0814, both opened using the Identifying Information of JS.

7. Prior to November 7, 2003, REEVES was convicted for violating 18 U.S.C. § 1028.

## COUNTS ONE THROUGH THREE
(Identity Theft – 18 U.S.C. § 1028(a)(7))

THE GRAND JURY FURTHER CHARGES THAT:

8. Paragraphs 1 through 7 are realleged and incorporated by reference as though fully set forth herein.

9. On or about September 15, 2004, in the District of Massachusetts, the defendant,

**ALVIN REEVES**

did knowingly, and with intent to defraud, transfer, possess and use, without lawful authority, a means of identification of another person, to wit: name, social security number, mother's maiden name, bank account information and date of birth, with the intent to commit, and aid and abet or in connection with, an unlawful activity that constitutes a violation of federal law, and that constitutes a felony under any applicable state or local law as follows:

| COUNT | INITIALS | OTHER IDENTIFYING INFORMATION |
|---|---|---|
| 1. | JS | Bank Account Number, Social Security Number, Date of Birth |
| 2. | RJ | Social Security Number, Address, Date of Birth |
| 3. | RH | Address, Sears Credit Card Number |

All in violation of Title 18, United States Code, Sections 1028(a)(7), 1028(b)(3) and 2.

## **BANK FRAUD SCHEME**

10. From on or about November 7, 2003 through on or about September 15, 2004, in the District of Massachusetts, and elsewhere, ALVIN REEVES, engaged in a scheme to obtain money from federally insured banks, including Citizens Bank and Fleet Bank through false and fraudulent pretenses and representations.

11. Through this scheme to obtain money by false and fraudulent pretenses, REEVES caused to be withdrawn or attempted to withdraw over $75,000 from legitimate accounts at Citizens Bank and Fleet Bank and other banks.

12. This scheme and artifice to obtain money by false and fraudulent pretenses and representations, was, in substance, accomplished by the following means and in the following manner:

   a. REEVES obtained bank account information and other Identifying Information of legitimate customers of Citizens Bank and Fleet Bank.

   b. REEVES provided other individuals ("runners") with fraudulent driver's licenses with the name and Identifying Information of legitimate customers of Citizens Bank and Fleet Bank, but with the photographs of the runners.

   c. REEVES paid the runners to impersonate the legitimate customers and withdraw the legitimate customers' deposits from the accounts, or to transfer money from the accounts into the accounts of other individuals, who then gave that money to REEVES.

4

## COUNT FOUR THROUGH FOURTEEN
(Bank Fraud – 18 U.S.C. § 1344(1))

THE GRAND JURY FURTHER CHARGES THAT:

13.    Paragraphs 1 through 7 and 10 through 12 are realleged and incorporated by reference as though fully set forth herein.

14.    On or about the dates set forth below, in the District of Massachusetts and elsewhere, the defendant,

ALVIN REEVES

did knowingly and willfully execute and attempt to execute a scheme and artifice to obtain money, funds and other property owned by and under the custody and control of federally insured financial institutions, namely Citizens Bank and Fleet Bank among others, through false statements, representations and pretenses, and for the purpose of executing this scheme and attempting to do so, did cause the withdrawal of money from the accounts of legitimate account holders without either the account holders' or the banks' permission as follows:

| COUNT | DATE (on or about) | TRANSACTION |
|---|---|---|
| 4. | 12/5/03 | Withdrawal of $2,500 from the Citizens Bank account of DS |
| 5. | 2/24/04 | Attempted withdrawal of $7,000 from the Citizens Bank account of JG |
| 6. | 7/7/04 | Withdrawal of $9,000 from the Citizens Bank Account of DG |
| 7. | 7/7/04 | Transfer of $10,000 from the Citizens Bank Account of DG to the account of LC |

| | | |
|---|---|---|
| 8. | 7/16/04 | Attempted withdrawal of $3,000 from the Citizens Bank Account of DG |
| 9. | 7/16/04 | Withdrawal of $4,000 from the Citizens Bank Account of DG |
| 10. | 7/16/04 | Attempted withdrawal of $3,200 from the Citizens Bank Account of TN |
| 11. | 7/29/04 | Withdrawal of $4,200 from the Fleet Bank Account of DS |
| 12. | 7/29/04 | Withdrawal of $5,000 from the Fleet Bank Account of DS |
| 13. | 8/2/04 | Attempted withdrawal of $19,000 from the Fleet Bank Account of DS |
| 14. | 8/2/04 | Attempted withdrawal of $9,000 from the Fleet Bank Account of DS |

All in violation of Title 18, United States Code, Sections 1344(1) and 2.

## COUNT FIFTEEN THROUGH TWENTY-TWO
(Aggravated Identity Theft – 18 U.S.C. § 1028A)

THE GRAND JURY FURTHER CHARGES THAT:

15.    Paragraphs 1 through 7 and 10 through 12 are realleged and incorporated by reference as though fully set forth herein.

16.    On or about September 15, 2004, in the District of Massachusetts, the defendant,

**ALVIN REEVES**

did knowingly, and with intent to defraud, transfer, possess and use, without lawful authority, a means of identification of another person, to wit: name, social security number, mother's maiden name, bank account information and date of birth, with the intent to commit, and aid and abet or in connection with, a violation of 18 U.S.C. § 1344, Bank Fraud, as follows:

| COUNT | INITIALS | OTHER IDENTIFYING INFORMATION |
|---|---|---|
| 15. | WW | Social Security Number, Bank Account Number, Address |
| 16. | DS | Business Bank Account Number, Address |
| 17. | PO | Bank Account Number, Address |
| 18. | JG and SG | Bank Account Number, Address |
| 19. | AU | Social Security Number, Bank Account Number, Address |
| 20. | JS | Bank Account Number, Social Security Number, Date of Birth |
| 21. | DE | Social Security Number, Bank Account Number Address |
| 22. | DR | Social Security Number, Bank Account Numbers, Date of Birth, Mother's Maiden Name |

All in violation of Title 18, United States Code, Sections 1028A and 2.

A TRUE BILL

*[signature: Roger Allen]*
FOREPERSON OF THE GRAND JURY

*[signature]*
Seth P. Berman
Assistant United States Attorney

DISTRICT OF MASSACHUSETTS                    September 30, 2004

Returned into the District Court by the Grand Jurors and filed.

*[signature: Thomas F. Quinn]*
Deputy Clerk

%JS 45  (5/97) - (Revised USAO MA 1/15/04)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |
|---|---|

Place of Offense: _____  Category No. __II__  Investigating Agency __POSTAL__

City __Randolph__  Related Case Information:

County __Norfolk__  Superseding Ind./ Inf. _____  Case No. _____
Same Defendant _____  New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number __04M-1107-JGD__
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __Alvin Reeves__   Juvenile  ☐ Yes  ☒ No

Alias Name _____

Address __14 Francis Drive, Apt 8 in Randolph, MA__

Birth date (Year only): __1977__  SSN (last 4 #): __5826__  Sex __M__  Race: __Bl__  Nationality: __USA__

Defense Counsel if known: _____   Address: _____

Bar Number: _____

**U.S. Attorney Information:**

AUSA __Seth Berman__   Bar Number if applicable __629332__

Interpreter:  ☐ Yes  ☒ No   List language and/or dialect: _____

Matter to be SEALED:  ☒ Yes  ☐ No

☒ Warrant Requested   ☐ Regular Process   ☐ In Custody

**Location Status:**

Arrest Date: _____

☐ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____ on _____

Charging Document:   ☐ Complaint   ☐ Information   ☒ Indictment

Total # of Counts:   ☐ Petty _____   ☐ Misdemeanor _____   ☒ Felony __29__

Continue on Page 2 for Entry of U.S.C. Citations

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:  9/30/04   Signature of AUSA: _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number (To be filled in by deputy clerk): _____

Name of Defendant    ALVIN REEVES

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  18 U.S.C. §1028(a)(7) | Identity Theft | 1-3 |
| Set 2  18 U.S.C. §1344 | Bank Fraud | 4-14 |
| Set 3  18 U.S.C. §1028A | Aggravated Identity Theft | 14-22 |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

ADDITIONAL INFORMATION: