UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-10311-JLT |
| | ) | |
| ALVIN REEVES | ) | |

ASSENTED-TO MOTION TO CONTINUE DETENTION HEARING

Defendant moves this Court to continue the detention hearing scheduled for October 8, 2004 at 2:00 p.m. to a date and time convenient to the Court the week of October 11, 2004.  As grounds counsel states he is unavailable on October 8th.

AUSA Seth Berman has stated his assent to this motion.

ALVIN REEVES
By his attorney,

Leo T. Sorokin
/s/ Leo T. Sorokin
  B.B.O. # 559702
Federal Defender Office
408 Atlantic Avenue, 3rd Floor
Boston, MA  02110
Tel: 617-223-8061