UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No.
04-10311-JLT

UNITED STATES OF AMERICA

v.

ALVIN REEVES

**FURTHER ORDER ON EXCLUDABLE TIME**

November 22, 2004

DEIN, M.J.

In accordance with the agreement of the parties, this court orders the following period of time excludable from the time period within which trial must commence:

November 11, 1004 - January 11, 2005

that being the period between the expiration of the initial order on excludable time and the next Status Conference.

Based upon the prior order of the court dated October 14, 2004 and this order, at the time of the Interim Status Conference on January 11, 2005, there will be zero (0) days of non-excludable time under the Speedy Trial Act and seventy (70) days will remain under the Speedy Trial Act in which this case must be tried.

/ s / Judith Gail Dein
JUDITH GAIL DEIN
United States Magistrate Judge