UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA          )
                                  )
          v.                      )          CRIMINAL NO. 04-10311-JLT
                                  )                       01-10445-REK
ALVIN REEVES                      )

<u>DEFENDANT'S MOTION TO AMEND CONDITIONS</u>

Defendant hereby moves to amend his conditions of release to permit him to spend Christmas Day, from 11:00 a.m. until 8:00 p.m., at the home of Ernistine Andrade, 66 Whiting Street, Roxbury, MA 02119, 617-427-8755.  Mr. Reeves will see some of his family and some of his children at Ms. Andrade's home. Ms. Andrade is Mr. Reeves' girlfriend.  Undersigned counsel has explained to Ms. Andrade the charges pending against Mr. Reeves (of which she was already aware) and the general terms of his release conditions.  Ms. Andrade teaches math and lives alone.

Undersigned counsel has contacted AUSA Seth Berman, Pre-Trial Service Officer Chris Wylie and Probation Officer Geoff Smith about this Motion.

                              ALVIN REEVES
                              By his attorney,


                              /s/ Leo T. Sorokin
                              Leo T. Sorokin
                                B.B.O.# 559702
                              Federal Defender Office
                              408 Atlantic Ave., 3rd Floor
                              Boston, MA  02110
                              Tel: 617-223-8061

Dated:  December 22, 2004