```
              UNITED STATES DISTRICT COURT
               DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA        )
                                )
        v.                      )    CRIMINAL NO. 04-10311-JLT
                                )                 01-10445-REK
ALVIN REEVES                    )
```

### DEFENDANT'S MOTION TO AMEND CONDITIONS

Defendant hereby moves to amend his conditions of release by (1) authorizing him to move from his sister's home to the home of his fiancee Ernistine Andrade, 66 Whiting street, Roxbury, MA 02119, 617-427-8755 and (2) removing the condition of home confinement on the electronic bracelet and replacing it with a 9:00 p.m. to 7:00 a.m. curfew.  Defendant's grounds are set forth below.

1.  Reeves no longer faces the state court assault and battery charges which led to his original arrest.  In September 2004 Reeves was arrested by state authorities and charged with assault and battery and assault and battery with a dangerous weapon (shod foot) on Ms. DeJesus.  U.S. Probation thereafter filed a revocation petition in light of this allegation of new criminal activity.  Last week, the state court acquitted Reeves of all of the state court charges after a trial in which the court heard testimony from the responding police officer, Ms. DeJesus and a percipient witness.  Ex. A, Docket Sheet.

2.   Reeves notes that he has complied with his conditions since his release by this Court in September 2004 and his re-release by this Court in October 2004 after he was arrested on the Indictment in 04-CR-10311.

3.   Reeves requests permission to move both to ease the burden on his sister and her family as well as to allow him to live with his fiancee.  Reeves has disclosed to Ms. Andrade the substance of the charges pending against him.  Ms. Andrade is a teacher with the Boston Public School system.  She lives alone in her two bedroom apartment in a three family home on Whiting Street which apartment she rents from the owner of the house. If the Court maintains the condition of home confinement on the electronic bracelet she will make the necessary arrangements with the phone company to turn off call waiting, etc.  Previously, this Court allowed Reeves to spend Christmas day at Ms. Andrade's apartment.

4.   Reeves requests the Court to lift the requirement of home confinement so that he can seek and obtain employment. Reeves has demonstrated both his willingness and ability to comply with the Court's conditions.  He intends to seek employment at a fixed location, thereby facilitating monitoring of his activities by the Court, rather than the roving type of courier job he held previously.  When Reeves obtains employment he will notify Probation of the name of his employer, his

location, the name and phone number of his supervisor and his work schedule.

    5. Finally, Reeves notes that his acquittal on the assault and battery charges at a trial in which Ms. DeJesus testified is a substantial change in circumstance further supporting this Motion.

                                              ALVIN REEVES
                                              By his attorney,

                                              /s/ Leo T. Sorokin
                                              Leo T. Sorokin
                                                B.B.O.# 559702
                                              Federal Defender Office
                                              408 Atlantic Ave., 3rd Floor
                                              Boston, MA  02110
                                              Tel: 617-223-8061

Dated:  January 21, 2005