# CRIMINAL DOCKET

**DOCKET NO.:** 0456CR005994
**ATTORNEY NAME:** Own atty

**COURT DIVISION:** Quincy
**INTERPRETER REQUIRED:** ☐

**DATE and JUDGE:** 9-13-04 Buckley

### DOCKET ENTRY
- ☐ Attorney appointed (SJC R. 3:10)
- ☐ Atty denied and Deft Advised per 211D §2A
- ☐ Waiver of counsel found after colloquy
- Terms of release set:
  - ☐ PR  ☐ Bail:
  - ☐ Held (276 §58A)
  - ☐ See back for special conditions
- Arraigned and advised:
  - ☑ Potential of bail revocation (276 §58)
  - ☐ Right to bail review (276 §58)
  - ☐ Right to drug exam (111E §10)
- Advised of right to jury trial:
  - ☐ Does not waive
  - ☐ Waiver of jury trial found after colloquy
- ☐ Advised of trial rights as pro se (Supp. R. 4)
- ☐ Advised of right of appeal to Appeals Ct (R. 28)

**NAME, ADDRESS AND ZIP CODE OF DEFENDANT:**
REEVES, ALVIN
14 FRANCIS DR
APT 8
RANDOLPH, MA 02368

**DEFT. DOB AND SEX:** 08/25/1977  M

**DATE OF OFFENSE(S):** 09/11/2004
**PLACE OF OFFENSE(S):** RANDOLPH

**COMPLAINANT:** HAYWARD, JAMES
**POLICE DEPARTMENT:** RANDOLPH PD (TERMINA

**DATE OF COMPLAINT:** 09/13/2004
**RETURN DATE AND TIME:** 09/13/2004 00:00:00

---

**COUNT/OFFENSE**
1. 265/15A/A  A&B WITH DANGEROUS WEAPON c265 §15A(b)

| FINE | SURFINE | COSTS | RESTITUTION | V/W ASSESSMENT |
|---|---|---|---|---|
|  |  |  |  | ☐ WAIVED |

**DISPOSITION DATE and JUDGE:** 1/11/05 Orfanello

**DISPOSITION METHOD:**
- ☐ Guilty Plea or Admission to Sufficient Facts accepted after colloquy and 278 §29D warning
- ☐ Bench Trial
- ☑ Jury Trial
- ☐ None of the Above

**FINDING:**
- ☑ Not Guilty
- ☐ Guilty
- ☐ Not Responsible
- ☐ Responsible
- ☐ No Probable Cause
- ☐ Probable Cause

**SENTENCE OR OTHER DISPOSITION:**
- ☐ Sufficient facts found but continued without guilty finding until:
- ☐ Probation    ☐ Pretrial Probation (276 §87) - until:
- ☐ To be dismissed upon payment of court costs/restitution
- ☐ Dismissed upon: ☐ Request of Comm. ☐ Request of Victim ☐ Request of Deft ☐ Failure to prosecute ☐ Other:
- ☐ Filed with Deft's consent ☐ Nolle Prosequi ☐ Decriminalized (277 §70C)

**FINAL DISPOSITION** ✓
- ☐ Dismissed on recommendation of Probation Dept.
- ☐ Probation terminated: defendant discharged

---

**COUNT/OFFENSE**
2. 265/13A/B  A&B c265 §13A(a)

| FINE | SURFINE | COSTS | RESTITUTION | V/W ASSESSMENT |
|---|---|---|---|---|
|  |  |  |  | ☐ WAIVED |

**DISPOSITION DATE and JUDGE:** 1/11/05 Orfanello

**DISPOSITION METHOD:**
- ☐ Guilty Plea or Admission to Sufficient Facts accepted after colloquy and 278 §29D warning
- ☐ Bench Trial
- ☑ Jury Trial
- ☐ None of the Above

**FINDING:**
- ☑ Not Guilty
- ☐ Guilty
- ☐ Not Responsible
- ☐ Responsible
- ☐ No Probable Cause
- ☐ Probable Cause

**SENTENCE OR OTHER DISPOSITION:**
- ☐ Sufficient facts found but continued without guilty finding until:
- ☐ Probation    ☐ Pretrial Probation (276 §87) - until:
- ☐ To be dismissed upon payment of court costs/restitution
- ☐ Dismissed upon: ☐ Request of Comm. ☐ Request of Victim ☐ Request of Deft ☐ Failure to prosecute ☐ Other:
- ☐ Filed with Deft's consent ☐ Nolle Prosequi ☐ Decriminalized (277 §70C)

**FINAL DISPOSITION** ✓
- ☐ Dismissed on recommendation of Probation Dept.
- ☐ Probation terminated: defendant discharged

---

[Counts 3 and 4: blank]

☐ ADDITIONAL COUNTS ATTACHED

**COURT ADDRESS:**
Quincy District Court
1 Dennis Ryan Parkway
Quincy, MA 02169

**A TRUE COPY ATTEST:** X
**CLERK-MAGISTRATE/ASST. CLERK:**
**ON (DATE):**

DOCKET NUMBER: 0456CR005994   NAME: REEVES, ALVIN

## SCHEDULING HISTORY

| NO. | SCHEDULED DATE | SCHEDULED EVENT | RESULT | | JUDGE | TAPE NO. | START | STOP |
|---|---|---|---|---|---|---|---|---|
| 1 | 10-8-04 | 9AM C | ☐ Held ☐ Cont'd | 10-8-04 | | | | |
| 2 | 11/19/04 | 8:30 | ☐ Held ☐ Cont'd | | | | | |
| 3 | 1-10-05 | JT | ☒ Held ☐ Cont'd | | Cfanello | 0082 | 698 | END |
| 4 | 1-11-05 | JT | ☒ Held ☐ Cont'd | | Cfanello | 0083 | 001 | 160 |
| 5 | | | ☐ Held ☐ Cont'd | | | | | |
| 6 | | | ☐ Held ☐ Cont'd | | | | | |
| 7 | | | ☐ Held ☐ Cont'd | | | | | |
| 8 | | | ☐ Held ☐ Cont'd | | | | | |
| 9 | | | ☐ Held ☐ Cont'd | | | | | |
| 10 | | | ☐ Held ☐ Cont'd | | | | | |

ARR=Arraignment  PT=Pretrial hearing  CE=Discovery compliance and jury election  T=Bench trial  J=Jury Trial  PC=Probable cause hearing  M=Motion hearing  SR=Status review
SRP=Status review of payments  FA=First appearance in jury session  S=Sentencing  CW=Continuance-without-finding scheduled to terminate  P=Probation scheduled to terminate
DFTA=Defendant failed to appear and was defaulted  WAR=Warrant issued  WARD=Default warrant issued  WR=Warrant or default warrant recalled  PR=Probation revocation hearing

| ENTRY DATE | OTHER DOCKET ENTRIES |
|---|---|
| 9-13-04 Buckley | Bail Hearing, Pur Recog - abide by P.C.'s only - Comply with Federal Probation Conditions - Stay from Victor Nunes DeJesus |
| 10/8/04 | Nolle to Issue Federal Detention |
| 1-10-05 | Commonwealth files motion for joinder filed |
| 1-10-05 | Motion allowed - there being no objection by either deft's - 0456CR005993 - Cfanello J. |
| 1/11/05 | At the closing of the Commonwealth's case |

## ADDITIONAL ASSESSMENTS IMPOSED OR WAIVED

| DATE IMPOSED and JUDGE | TYPE OF ASSESSMENT | AMOUNT | DUE DATES and COMMENTS | ✓WAIVED |
|---|---|---|---|---|
| | Legal Counsel Fee (211D §2A ¶2) | | | |
| | Legal Counsel Contribution (211D §2) | | | |
| | Court Costs (280 §6) | | | |
| | Drug Analysis Fee (280 §6B) | | | |
| | OUI §24D Fee (90 §24D ¶9) | | | |
| | OUI Head Injury Surfinc (90 §24[1][a][1] ¶2) | | | |
| | Probation Supervision Fee (276 §87A) | | | |
| | Default Warrant Assessment Fee (276 §30 ¶2) | | | |
| | Default Warrant Removal Fee (276 §30 ¶1) | | | |

276-58 WARNING

| DOCKET CONTINUATION | NAME OF CASE Reeves, Alvin | DOCKET NUMBER 04CR 5994 |
|---|---|---|
| NO. | DATE | DOCKET ENTRIES |
| | | motion for a required finding is Denied Orfanello, J |

DC-CR 14 (12/89)