UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No.  04-10311-JLT |
| ) |              04-10445-REK |
| ALVIN REEVES ) | |

**GOVERNMENT'S OPPOSITION TO**
**DEFENDANT'S MOTION TO AMEND CONDITIONS**

The United States hereby objects to Defendants' Motion to Amend Conditions ("Defendant's Motion").  The government's grounds for opposition are set forth below:

1)   REEVES was granted release only after the Court ascertained that his sister was a person who could appropriately ensure that REEVES followed the Court's orders and return to Court.  REEVES has provided no information about Ernistine Andrade to suggest that she will similarly be able to ensure that REEVES follows the Court's orders.

2)   That fact that REEVES may have been acquitted of the state court assault and battery charges, does not change the fact that REEVES is facing numerous, serious federal charges, that are not affected by his state court acquittal.  Consequentally, it does not constitute a reason to modify REEVES' conditions of release.

3)   Moreover, REEVES' probation violation and the new federal charges are based in part on the fact that while on probation, working under restrictions similar to the ones REEVES now proposes, he committed bank fraud in violation of 18 U.S.C. § 1343 and Identity Fraud in violation of 18 U.S.C. §§ 1028 and 1028A among other crimes.  The fact that REEVES has not apparently committed any new crimes since being placed on 24 hour home detention suggests that the 24 hour home detention has prevented him from committing any new crime.  It does not provide grounds for a reconsideration of his conditions of release.

For the above stated reasons, the government opposes Defendant's Motion.

                                                        Respectfully submitted,

                                                        MICHAEL J. SULLIVAN
                                                        United States Attorney

                                  By:     <u>/s/ Seth P. Berman</u>
                                                    SETH P. BERMAN
                                                    MARK J. BALTHAZARD
                                                    Assistant U.S. Attorney

Dated: January 28, 2005