UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-10311-JLT |
| | ) | 01-10445-REK |
| ALVIN REEVES | ) | |

<u>ASSENTED-TO MOTION TO AMEND CONDITIONS</u>

Defendant hereby moves to amend his conditions of release by authorizing him to move from his sister's home to the home of his fiancee Ernistine Andrade, 66 Whiting Street, Roxbury, MA 02119, 617-427-8755.  Pretrial has reported to counsel that they have completed their inquiry into Ms. Andrade and that she is a suitable third party custodian and that her residence is a suitable place for Reeves to live on the electronic bracelet.

AUSA Seth Berman has indicated his assent on behalf of the government.

```
                                    ALVIN REEVES
                                    By his attorney,


                                    /s/ Leo T. Sorokin
                                    Leo T. Sorokin
                                      B.B.O.# 559702
                                    Federal Defender Office
                                    408 Atlantic Ave., 3rd Floor
                                    Boston, MA  02110
                                    Tel: 617-223-8061
```

Dated:  February 9, 2005