UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-10311-JLT |
| | ) | 01-10445-REK |
| ALVIN REEVES | ) | |

ASSENTED-TO MOTION
TO WITHDRAW MOTION TO AMEND CONDITIONS
AND RESCHEDULE STATUS CONFERENCE

Defendant Alvine Reeves hereby (1) withdraws his request to lift the condition of home detention on the electronic bracelet and (2) requests that this Court continue the interim status conference scheduled for Tuesday March 1 to Monday March 14th. As grounds for the scheduling change the parties note that the Government anticipates seeking a superceding Indictment shortly. Therefore, the parties believe a combined arraignment/interim status conference on March 15th (or thereafter if the Court is unavailable on that date) would be more sensible than a status conference on March 1st. Reeves requests the exclusion of the time under the Speedy Trial Act from March 1st to the new status conference date as in the interests of justice.

    AUSA Seth Berman has indicated his assent on behalf of the United States.

                                          ALVIN REEVES
                                          By his attorney,


                                          /s/ Leo T. Sorokin
                                          Leo T. Sorokin
                                              B.B.O.# 559702
                                          Federal Defender Office
                                          408 Atlantic Ave., 3rd Floor
                                          Boston, MA  02110
                                          Tel: 617-223-8061

Dated:  February 25, 2005