SCANNED
DATE: 3-4-05
BY: OMG

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-10311-JLT |
| | ) | |
| ALVIN REEVES | ) | |
| Defendant | ) | |

### INFORMATION

Pursuant to Title 18, United States Code, Section 1028(b), the United States Attorney, by Assistant United States Attorney Seth P. Berman, hereby files this information stating that the government will rely one or more prior identity theft convictions as the basis for a sentencing enhancement with respect to Counts 17 to 24 of the Superseding Indictment.

In particular, the government will rely on the following convictions:

a January 30, 2003 conviction in United States District Court for the District of Massachusetts for Identity Theft in Violation of 18 U.S.C. §1028.

The government submits that the defendant is subject upon conviction on this count to a an enhanced sentence including a maximum period of incarceration of 20 years, a fine of up $250,000, and a three year period of supervised release, pursuant to 18 U.S.C. § 1028(b)(3)(C).

                                                   Respectfully submitted,

                                                   MICHAEL J. SULLIVAN
                                                   United States Attorney

By:    /s/ Seth P. Berman
           SETH P. BERMAN
           Assistant U.S. Attorney
           One Courthouse Way
           Boston, MA 02210
           (617)748-3385

Dated: March 3, 2005