UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 04-10311-JLT |
| | ) |
| ALVIN REEVES and | ) |
| ALVENIA REEVES | ) |

## GOVERNMENT'S MOTION TO UNSEAL
## INDICTMENT

The United States of America hereby moves this Court to direct that the indictment be unsealed in this matter. As grounds therefor, the government states that the defendants have been arrested, and that the public disclosure of the indictment will no longer jeopardize an ongoing criminal investigation.

Dein, M.J.
MOTION ALLOWED
By the Court
[signature]
Deputy Clerk 3/10/05

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: [signature]
SETH P. BERMAN
Assistant U.S. Attorney

Date: March 10, 2005