AO458 (Rev. 5/85) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF __MASSACHUSETTS__

**APPEARANCE**

Case Number: 2004 ~~10344~~ 10311 JLT

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for  ALVIN REEVES

Date: 3/15/05

Signature: [signature]

Print Name: Matthey Denner

Address: 4 Longfellow Pl. 35 Fl

City: Boston   State: MA   Zip Code: 02114

Phone Number: 617-227-2800