UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No.
04-10311-JLT

UNITED STATES OF AMERICA

v.

ALVIN REEVES
ALVENIA REEVES

**FURTHER ORDER ON EXCLUDABLE TIME**

April 27, 2005

DEIN, M.J.

In accordance with the agreement of the parties, this court orders the following period of time excludable from the time period within which trial must commence:

April 27, 2005 through June 23, 2005

that being the period between the Interim Status Conference and the next Status Conference.

Based upon the prior orders of the court dated October 14, 2004, November 22, 2004, January 11, 2005, February 28, 2005, March 15, 2005 and this order, at the time of the Interim Status Conference on June 23, 2005, there will be zero (0) days of non-excludable time under the Speedy Trial Act and seventy (70) days will remain under the Speedy Trial Act in which this case must be tried.

        / s / Judith Gail Dein
        Judith Gail Dein

United States Magistrate Judge