UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | ) | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Crim. No. 04-10311-JLT |
| v. | ) | |
| | ) | |
| ALVIN REEVES | ) | |
| | ) | |

## ASSENTED TO MOTION TO MODIFY BAIL CONDITIONS

Alvin Reeves ("the defendant"), by and through undersigned counsel, asks this Honorable Court to enter an order modifying his bail conditions to allow him to work at Ultimate Moving Company, Incorporated ("Ultimate Moving") in Dorchester, Massachusetts. This motion should **supplant** the defendant's initial motion to modify bail conditions, which he submitted on May 12, 2005.

This motion arises from a hearing held on April 27, 2005 where this court[1] granted the defendant's oral motion to modify his bail conditions in order to allow him to work in Dorchester.[2] The court, however, ordered the defendant to submit a written motion to the court setting forth the details of his employment and the agreed upon terms and conditions.

In compliance with the court's order, the defendant states that his future employer, Ultimate Moving, performs contract work for Bernie & Phyl's Furniture. As a condition of his employment, the defendant will report to Ultimate Moving Company's supervisor Greg Hill ("Hill") whose telephone number is (857) 829-0374. Pretrial Services has

---

[1] The Honorable Judith G. Dein, United States Magistrate Judge for the District of Massachusetts.
[2] **On April 27, 2005, the government assented to the defendant's oral motion and his proposed conditions. After discussion, the government, through Assistant United States Attorney Seth Berman, assented to this written motion.**

Hill's number and can contact Hill at any time to inquire about the whereabouts or status of the defendant.  Finally, the defendant will work fixed hours from approximately 10:00 a.m. to 8:00 p.m. including travel time to and from his place of employment.  Please note that the defendant hereby rescinds his earlier request to remove him permanently from the electronic monitoring device.  In fact, the defendant agrees to remain subject to electronic monitoring during non-working hours.

WHEREFORE, the defendant asks the court to grant his motion and modify his bail conditions as described herein.

Dated: May 24, 2005

Respectfully submitted,
ALVIN REEVES
By his attorneys,

/s/ Brad Bailey

_____
Brad Bailey, BBO #549749
Gary G. Pelletier, BBO#631732
DENNER O'MALLEY, LLP
Four Longfellow Place, 35th Floor
Boston, MA 02114
(617) 227-2800