**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | Crim. No. 04-10311-JLT |
| ) | |
| vs. ) | |
| ) | |
| ALVIN REEVES ) | |

**NOTICE OF APPEARANCE**

Please enter the Appearance of R. Bradford Bailey on behalf of Alvin Reeves in the above-captioned case.

Dated: June 7, 2005                         Respectfully submitted,
                                            ALVIN REEVES
                                            By his attorney,


                                            */s/ R. Bradford Bailey*
                                            R. Bradford Bailey, Esq. BBO#549749
                                            DENNER O'MALLEY, LLP
                                            Four Longfellow Place, 35th Floor
                                            Boston, MA  02114
                                            (617) 227-2800