UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v.  ) | Criminal No. 04-10311-JLT |
| ) | |
| **ALVIN REEVES** and ) | |
| **ALVENIA REEVES** ) | |

**JOINT STATUS REPORT**
**CONCERNING LOCAL RULE 116.5(C)**

The parties respectfully submit this joint status report concerning the issues raised by Local Rule 116.5(C) in anticipation of the June 23, 2005 interim status conference in this case:

1. The parties are in the process of providing discovery.

2. The parties have not yet determined if there will be additional discovery as a result of the future receipt of information, documents or reports of examinations.

3. The defendants do not intend to raise a defense of insanity or public authority.

4. The government has not requested notice of alibi from the defendants.

5. The defendants have not yet determined if they will file any dispositive motions.

6. The parties do not yet know whether this case will be resolved through a change of plea.

7. The parties request that the Court exclude the period from today's status conference through the next status conference under 18 U.S.C. § 3161(h)(8).

8. The government will need ten trial days to present its case in chief should this matter proceed to trial.

| | |
|---|---|
| Respectfully Submitted,<br>ALVIN REEVES<br>By His Attorney | MICHAEL J. SULLIVAN<br>United States Attorney<br>By: |
| /s/ Brad Bailey<br>BRAD BAILEY, Esq.<br>617-227-2800 | /s/ Seth P. Berman<br>SETH P. BERMAN<br>Assistant U.S. Attorney<br>(617) 748-3385 |

ALVENIA REEVES
By Her Attorney


/s/ George Gormley (by SPB)
GEORGE GORMLEY, Esq.
617-478-2750
June 23, 2005