UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>ALVIN REEVES )<br>) | Crim. No. 04-10311-JLT |

### FURTHER MOTION TO MODIFY BAIL CONDITIONS

Alvin Reeves ("the defendant"), by and through undersigned counsel, asks this Honorable Court to enter an order modifying his bail conditions to allow him to reside with his sister, Tanya Reeves, at 40 Margaretta Drive in Hyde Park, Massachusetts. The defendant's current address is 66 Whiting Street in Roxbury, Massachusetts. The defendant lives in an apartment with his fiancée, Ernestine Andrade ("Andrade"). Andrade pays all of the rent associated with the apartment. Andrade, however, plans to attend a university in another state and will no longer live in the Roxbury apartment with the defendant. Without Andrade's rental contribution, the defendant cannot afford to remain in the Roxbury apartment. Consequently, the defendant must vacate Andrade's apartment on or before July 24, 2005.

The defendant's sister, Tanya Reeves, has offered to allow the defendant to live with her in her apartment in Hyde Park. Consistent with his financial ability, the defendant merely seeks to switch apartments. The defendant does not seek to alter any of the other conditions of his release. Hence, if the court allows this motion, the defendant will maintain his current work schedule and remain on home confinement with electronic monitoring during non-working hours. The defendant's request should cause no

disruption to any court proceeding and certainly has no substantive impact on this case. Failure to grant this motion, however, could harm a defendant who faces the prospect of displacement from his current abode.

WHEREFORE, the defendant asks the court to grant his motion and modify his bail conditions to allow him to reside with his sister in Hyde Park.

Dated: July 6, 2005

                                      Respectfully submitted,
                                      ALVIN REEVES
                                      By his attorneys,

                                      /s/ Brad Bailey
                                      _____
                                      Brad Bailey, BBO #549749
                                      Gary G. Pelletier, BBO#631732
                                      DENNER O'MALLEY, LLP
                                      Four Longfellow Place, 35th Floor
                                      Boston, MA 02114
                                      (617) 227-2800