UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No.
04-10311-JLT

UNITED STATES OF AMERICA

v.

ALVIN REEVES
ALVENIA REEVES

**FINAL STATUS REPORT**

July 21, 2005

DEIN, M.J.

A Final Status Conference was held before this court on Thursday, July 21, 2005, pursuant to the provisions of Local Rule 116.5(C). Based on that conference, this court enters the following report, in accordance with Local Rule 116.5(D):

1. It appears at this time that a trial will be necessary.

2. Discovery is completed at this time.

3. There are no outstanding or anticipated discovery issues at this time.

4. The defendants intend to file motions to suppress. The motions shall be filed by **September 15, 2005**. The government's responses shall be filed by **October 6, 2005**.

5. Based upon the prior orders of the court dated October 14, 2004, November 22, 2004, January 11, 2005, February 28, 2005, March 15, 2005, April 27, 2005, June 23, 2005 and the order entered on this date, as of September 15, 2005, there will be zero (0) days of non-excludable time under the Speedy Trial Act and seventy (**70**) days will remain under the Speedy Trial Act in which this case must be tried. The court has, on this date, entered a Further Order on Excludable Time excluding the period through September 15, 2005 to enable the defendants time to

      prepare their motions.  The pendency of any motion shall result in further time being excluded under the Speedy Trial Act.

6.    It is estimated that if the case goes to trial, the government's case-in-chief will take approximately ten (10) days.

7.    The file is hereby ordered returned to the District Judge to whom this case is assigned for further proceedings.

 

                                  / s / Judith Gail Dein  
                                Judith Gail Dein  
                                United States Magistrate Judge