UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No.
04-10311-JLT

UNITED STATES OF AMERICA

v.

ALVIN REEVES
ALVENIA REEVES

**FURTHER ORDER ON EXCLUDABLE TIME**

July 21, 2005

DEIN, M.J.

In accordance with the agreement of the parties, this court orders the following period of time excludable from the time period within which trial must commence:

July 21, 2005 through September 15, 2005

to give the defendants time to prepare their motions to suppress.

Based upon the prior orders of the court dated October 14, 2004, November 22, 2004, January 11, 2005, February 28, 2005, March 15, 2005, April 27, 2005, June 23, 2005 and this order, as of September 15, 2005 there will be zero (0) days of non-excludable time under the Speedy Trial Act and seventy (70) days will remain under the Speedy Trial Act in which this case must be tried.

    / s / Judith Gail Dein
    Judith Gail Dein
    United States Magistrate Judge