UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 04-10311-JLT |
|---|---|---|
| | ) | |
| v. | ) | VIOLATIONS: |
| | ) | |
| ALVIN REEVES and | ) | 18 U.S.C. § 371 (Conspiracy) |
| | ) | 18 U.S.C. § 1344 (Bank Fraud) |
| ALVENIA REEVES | ) | 18 U.S.C. § 1028 (Identity Theft) |
| | ) | 18 U.S.C. § 1028A (Aggravated Identity Theft) |
| Defendants. | ) | 18 U.S.C. § 1512 (Tampering with a Witness) |
| | ) | 18 U.S.C. § 3147 (Pretrial Release Crime) |
| | ) | 18 U.S.C. § 2 (Aiding & Abetting) |

## SECOND SUPERSEDING INDICTMENT

The Grand Jury Charges That at All Times Material to This Indictment:

1.     ALVIN REEVES, ("ALVIN"), lived in the District of Massachusetts at 14 Francis

Drive, Apartment 8 in Randolph.

2.     ALVENIA REEVES ("VENUS"), lived in the District of Massachusetts at 45

Evelyn Street, Apartment 2 in Mattapan.  VENUS worked at a healthcare entity, hereinafter

referred to as SVNH.

3.     ALVIN and VENUS are brother and sister.

4.     Citizens Bank, Fleet Bank, and Bank of America were federally insured financial

institutions.

## GENERAL ALLEGATIONS

5.     From on or about November 7, 2003 through on or about September 15, 2004,

ALVIN and VENUS obtained, from a variety of sources, the names, social security numbers,

dates of birth, mothers' maiden names, credit card number and/or bank account information

(collectively "Identifying Information") of numerous people.

6.     ALVIN and VENUS directed certain individuals, hereinafter referred to as "runners", to enter federally insured financial institutions, including Citizens Bank and Fleet Bank/Bank of America ("Fleet Bank"), and withdraw money or conduct other banking activity in the names of the persons whose Identifying Information ALVIN and VENUS had obtained.

7.     ALVIN used the Identifying Information to obtain counterfeit drivers' licenses, each of which had the Identifying Information of one individual and the photograph of someone else – a runner. This allowed the runner to pose as the person whose Identifying Information appeared on the driver's license and conduct banking activity in that person's name and/or using that person's bank account.

8.     During this same time period, ALVIN and VENUS obtained checks purporting to draw on the account of SVNH, or checks that had been written by others for the benefit of SVNH.

9.     ALVIN or VENUS than arranged with runners to go into federally insured financial institutions including Citizens Bank and Fleet Bank and to deposit counterfeit and stolen checks into accounts at these banks and to withdraw that money from the banks.

10.    On some occasions, ALVIN or VENUS drove the runners to the banks, and waited outside while the runners conducted the fraudulent banking activity described above. The runners then gave the money they withdrew from the banks to ALVIN or VENUS, who paid the runners a small portion of the proceeds.

11.    ALVIN also used the Identifying Information to obtain mobile telephone accounts, and used these accounts to make telephone calls without having to pay for them. These mobile telephone accounts included Sprint PCS telephone number ***-***-2102 opened using

2

the Identifying Information of an individual hereinafter referred to as SA and Sprint PCS telephone numbers \*\*\*-\*\*\*-8688 and \*\*\*-\*\*\*-0814, both opened using the Identifying Information of an individual hereinafter referred to as JS.

12.     On or about September 15, 2004, ALVIN was in possession of the Identifying Information of at least ten individuals.

13.     Thereafter, starting in or about September 2004 and continuing through in or about February 2005, ALVIN and VENUS contacted two runners and other individuals with knowledge of the matters described herein, and attempted to persuade these people to inform law enforcement that an individual hereinafter referred to as DT, and not ALVIN or VENUS, was the ringleader of the scheme described above.

14.     In total, this scheme resulted in a loss to numerous banks and individuals of over $100,000. There were also additional attempted withdraws from banks of an amount in excess of $20,000.

## COUNT ONE
## ALVIN REEVES AND ALVENIA REEVES
(Conspiracy – 18 U.S.C. § 371)

### THE GRAND JURY FURTHER CHARGES THAT:

15.     Paragraphs 1 through 14 are realleged and incorporated by reference as though

fully set forth herein.

16.     Beginning on a date unknown but no later than December 2003 and continuing

until February 2005 at Boston and elsewhere in the District of Massachusetts,

## ALVIN REEVES and
## ALVENIA REEVES,

defendants herein, together with others known and unknown to the Grand Jury, knowingly and

unlawfully conspired and agreed with each other to commit an offense against the United States,

namely:

    to execute and attempt to execute a scheme and artifice to obtain moneys, funds, credits,

    assets, securities and other property owned by and under the custody and control of

    federally insured financial institutions, namely Fleet Bank/Bank of America and Citizens

    Bank, by means of false or fraudulent pretenses, representations or promises in violation

    of Title 18, United States Code, Section 1344.

## OBJECTIVES OF THE CONSPIRACY

17.     It was a purpose and objective of the conspiracy that ALVIN and VENUS, along

with others known and unknown to the grand jury, would fraudulently obtain money, funds and

other property in the custody of Citizens Bank, Fleet Bank and other banks, by using Identifying

Information of legitimate customers of these banks to withdraw money from these customers'

4

bank accounts without the knowledge or authority of these individuals or the banks.

18.    It was a further purpose of the conspiracy that ALVIN and VENUS, along with others known and unknown to the grand jury, would fraudulently obtain money, funds and other property in the custody of Citizens Bank, Fleet Bank and other banks, by cashing forged and stolen checks purportedly drawing on the accounts of legitimate customers of these banks.

## MANNER AND MEANS OF THE CONSPIRACY

The manner and means by which the conspirators accomplished the goals of the conspiracy included, among others, the following:

19.    It was part of the conspiracy that ALVIN and VENUS obtained Identifying Information of numerous people.

20.    It was further part of the conspiracy that ALVIN and VENUS directed runners to enter federally insured financial institutions, including Citizens Bank and Fleet Bank, and withdraw money or conduct other banking activity in the names of the persons whose Identifying Information ALVIN and VENUS had obtained.

21.    It was further part of the conspiracy that ALVIN used the Identifying Information to obtain counterfeit drivers licenses with the Identifying Information of one individual and the photograph of a different person – a runner. This allowed the runner to pose as the person whose Identifying Information appeared on the driver's license and conduct banking activity in that person's name and/or using that person's bank account.

22.    It was further part of the conspiracy that ALVIN and VENUS obtained checks purporting to draw on the account of SVNH or purporting to draw on others' accounts for the benefit of SVNH.

5

23.    It was further part of the conspiracy that ALVIN and/or VENUS instructed the

runners to cash counterfeit and stolen checks and withdraw that money from the bank or deposit

it into the runners' accounts.

24.    It was further part of the conspiracy that ALVIN or VENUS drove runners to the

banks, and waited outside while the runners conducted the fraudulent bank activity described

above. The runners then gave the money they withdrew from the banks to ALVIN or VENUS,

who paid them a small portion of the proceeds.

## OVERT ACTS IN FURTHERANCE OF THE CONSPIRACY

25.    In furtherance of the conspiracy, and to accomplish the objects of the conspiracy,

defendants ALVIN and VENUS, in the District of Massachusetts and elsewhere, performed

numerous overt acts, including but not limited to, the following:

| **ACTOR** | **DATE**<br>(in or about) | **OVERT ACT** |
| --- | --- | --- |
| VENUS | December 2003 | Obtained a check for $33,354.96 from SVNH |
| ALVIN | February 2004 | Gave a runner, hereinafter referred to as Runner1, a counterfeit license with the runner's photograph and the Identifying Information of an individual hereinafter referred to as JG |
| ALVIN | March 2004 | Gave a runner, hereinafter referred to as Runner2, a counterfeit license with the runner's photograph and the Identifying Information of an individual hereinafter referred to as WW |
| ALVIN and VENUS | May 2004 | Gave a runner, hereinafter referred to as Runner3, a counterfeit license with the runner's photograph and the Identifying Information of an individual hereinafter referred to as LB1 |
| ALVIN and | June 2004 | Gave Runner3 a counterfeit license with the runner's |

6

| | | |
|---|---|---|
| VENUS | | photograph and the Identifying Information of an individual hereinafter referred to as LB2 |
| VENUS | May/June 2004 | Drove Runner3 to one or more banks to obtain money from the accounts of LB1 and/or LB2 |
| ALVIN | July 2004 | Gave Runner1 a counterfeit license with the runner's photograph and the Identifying Information of an individual hereinafter referred to as DG |
| ALVIN | July 2004 | Gave Runner1 a counterfeit license with the runner's photograph and the Identifying Information of an individual hereinafter referred to as TN |
| ALVIN | July 2004 | Gave Runner1 a counterfeit license with the runner's photograph and the Identifying Information of an individual hereinafter referred to as DS1 |
| ALVIN | September 2005 | Possessed the Identity Information of 10 individuals |

All in violation of Title 18, United States Code, Section 371.

## COUNT TWO
## ALVIN REEVES AND ALVENIA REEVES
(Conspiracy – 18 U.S.C. § 371)

THE GRAND JURY FURTHER CHARGES THAT:

26.     Paragraphs 1 through 14 are realleged and incorporated by reference as though fully set forth herein.

27.     From in or about September 2004 and continuing until in or about February 2005 at Boston and elsewhere in the District of Massachusetts,

### ALVIN REEVES and
### ALVENIA REEVES,

defendants herein, together with others known and unknown to the Grand Jury, knowingly and unlawfully conspired and agreed with each other to commit an offense against the United States, namely:

with the intent to influence, delay, hinder, and prevent testimony in an official proceeding, to knowingly and corruptly persuade and attempt to corruptly persuade another person to hinder, delay, and prevent the communication to a law enforcement officer or judge of the United States of information relating to the commission or possible commission of a Federal offense and to testify falsely in an official proceeding, namely a criminal trial before the United States District Court for the District of Massachusetts in which ALVIN REEVES was charged with violations of 18 U.S.C. §§1344, 1028 and 1028A, in violation of 18 U.S.C. §1512(b).

### OBJECTIVES OF THE CONSPIRACY

28.     It was a purpose and objective of the conspiracy to obstruct the investigation into

8

the violations of federal law, including Bank Fraud in violation of 18 U.S.C. § 1344, Identity

Theft in violation of 18 U.S.C. § 1028, and Aggravated Identity Theft in violation of 18 U.S.C. §

1028A.

## MANNER AND MEANS OF THE CONSPIRACY

The manner and means by which the conspirators accomplished the goals of the

conspiracy included, among others, the following:

29.     It was a part of the conspiracy that ALVIN and/or VENUS contacted runners

and other individuals, and attempted to persuade these people to tell law enforcement officers

that the ring leader of the criminal activity described herein was DT and not ALVIN or VENUS.

30.     It was a further part of the conspiracy that ALVIN and/or VENUS contacted

runners and other individuals, and attempted to persuade these people to testify in an official

proceeding that the ring leader of the criminal activity described herein was DT and not ALVIN

or VENUS.

## OVERT ACTS IN FURTHERANCE OF THE CONSPIRACY

31.     In furtherance of the conspiracy, and to accomplish the objects of the conspiracy,

defendants ALVIN and VENUS, in the District of Massachusetts and elsewhere, performed

numerous overt acts, including but not limited to, the following:

| ACTOR | DATE (in or about) | OVERT ACT |
|---|---|---|
| VENUS | October 2004 | Contacted Runner3 and told Runner3 that ALVIN wanted Runner3 to testify that DT, not ALVIN or VENUS, ran the bank fraud ring |

9

| VENUS | November 2004 | Contacted Runner2 and told Runner2 that ALVIN wanted Runner2 to testify that DT, not ALVIN or VENUS, ran the bank fraud ring |
|-------|---------------|---|
| ALVIN | October 2004 | Contacted Runner3 and told Runner3 to testify that DT, not ALVIN or VENUS, ran the bank fraud ring |

All in violation of Title 18, United States Code, Section 371 and 3147.

## COUNTS THREE THROUGH FIFTEEN
## ALVIN REEVES AND ALVENIA REEVES
### (Bank Fraud – 18 U.S.C. § 1344(1))

THE GRAND JURY FURTHER CHARGES THAT:

32.    Paragraphs 1 through 14 are realleged and incorporated by reference as though

fully set forth herein.

33.    On or about the dates set forth below, in the District of Massachusetts and

elsewhere, the defendants,

### ALVIN REEVES and
### ALVENIA REEVES

did knowingly and willfully execute and attempt to execute a scheme and artifice to obtain

moneys, funds, credits, assets, securities and other property owned by and under the custody and

control of federally insured financial institutions, namely Fleet Bank/Bank of America and

Citizens Bank, by means of false or fraudulent pretenses, representations or promises, as follows:

| COUNT | DATE (on or about) | TRANSACTION |
|-------|--------------------|-------------|
| 3. | 12/12/03 | Directed Runner 2 to deposit a stolen check for $33,354.96 |
| 4. | 2/24/04 | Directed Runner1 to attempt to withdraw $7,000 from the Citizens Bank account of JG |
| 5. | 5/28/04 | Directed Runner 3 to withdraw $4,000 from the Citizens Bank Account of LB1 |
| 6. | 6/25/04 | Directed Runner 3 to withdraw $8,000 from the Citizens Bank account of LB2 |
| 7. | 7/7/04 | Directed Runner1 to withdraw $9,000 from the Citizens Bank Account of DG |
| 8. | 7/7/04 | Directed Runner1 to transfer $10,000 from the Citizens |

11

|     |         | Bank Account of DG to the account of an individual hereinafter referred to as LC |
|-----|---------|---------------------------------------------------------------------------------|
| 9.  | 7/16/04 | Directed Runner 1 to attempt to withdraw $3,000 from the Citizens Bank Account of DG |
| 10. | 7/16/04 | Directed Runner1 to withdraw $4,000 from the Citizens Bank Account of DG |
| 11. | 7/16/04 | Directed Runner1 to attempt to withdraw $3,200 from the Citizens Bank Account of TN |
| 12. | 7/29/04 | Directed Runner1 to withdraw $4,200 from the Fleet Bank Account of DS1 |
| 13. | 7/29/04 | Directed Runner1 to withdraw $5,000 from the Fleet Bank Account of DS1 |
| 14. | 8/2/04  | Directed Runner1 to attempt to withdraw $19,000 from the Fleet Bank Account of DS1 |
| 15. | 8/2/04  | Directed Runner1 to attempt to withdraw $9,000 from the Fleet Bank Account of DS1 |

All in violation of Title 18, United States Code, Sections 1344(2) and 2.

**COUNTS SIXTEEN THROUGH TWENTY-ONE**
**ALVIN REEVES AND ALVENIA REEVES**
(Identity Theft – 18 U.S.C. § 1028(a)(7))

THE GRAND JURY FURTHER CHARGES THAT:

34.    Paragraphs 1 through 14 are realleged and incorporated by reference as though fully set forth herein.

35.    On or about the dates set forth below, in the District of Massachusetts, the defendants,

**ALVIN REEVES and**
**ALVENIA REEVES**

did knowingly, and with intent to defraud, in and affecting interstate and foreign commerce, transfer, possess and use, without lawful authority, a means of identification of another person, as set forth below, in connection with, and with the intent to commit, and aid and abet the commission of an unlawful activity that constitutes a violation of federal law, and that constitutes a felony under any applicable state law, to wit, violations of 18 U.S.C. § 1341, Mail Fraud, 18 U.S.C. § 1343, Wire Fraud, 18 U.S.C. § 1344, Bank Fraud, and M.G.L. c. 30, Larceny over $250, as follows:

| COUNT | DATE (on or about) | VICTIMS' INITIALS | OTHER IDENTIFYING INFORMATION OF THE VICTIMS |
|---|---|---|---|
| 16. | 9/15/04 | DS2 | Name, Business Bank Account Number, Address |
| 17. | 9/15/04 | JG and SG | Name, Bank Account Number, Address |
| 18. | 9/15/04 | WW | Name, Social Security Number, Bank Account Number, Address |
| 19. | 9/15/04 | RJ | Name, Social Security Number, Address, Date of Birth |

13

| 20. | 9/15/04 | RH | Name, Address, Sears Credit Card Number |
| 21. | 9/15/04 | JS | Name, Social Security Number, Date of Birth, Circuit City Credit Card |

All in violation of Title 18, United States Code, Sections 1028 and 2.

## COUNT TWENTY-TWO THROUGH TWENTY-EIGHT
### ALVIN REEVES AND ALVENIA REEVES
(Aggravated Identity Theft – 18 U.S.C. § 1028A)

THE GRAND JURY FURTHER CHARGES THAT:

     36.     Paragraphs 1 through 14 are realleged and incorporated by reference as though fully set forth herein.

     37.     On or about the dates set forth below, in the District of Massachusetts, the defendants,

### ALVIN REEVES and
### ALVENIA REEVES

did knowingly, and with intent to defraud, transfer, possess and use, without lawful authority, a means of identification of another person, to wit: name, social security number, mother's maiden name, bank account information and date of birth, in connection with, and with the intent to commit, and aid and abet in the commission of a violation of 18 U.S.C. § 1344, Bank Fraud, as follows:

| COUNT | DATE (on or about) | VICTIMS' INITIALS | OTHER IDENTIFYING INFORMATION OF THE VICTIMS |
|-------|------|----------|-----------------------------------|
| 22. | 7/16/04 | DG | Bank Account Number, Address |
| 23. | 7/16/04 | TN | Bank Account Number, Address |
| 24. | 7/29/04 | DS1 | Bank Account Number, Address |
| 25. | 9/15/04 | AU | Social Security Number, Bank Account Number, Address |
| 26. | 9/15/04 | DE | Social Security Number, Bank Account Number Address |

15

| 27. | 9/15/04 | DR | Social Security Number, Bank Account Numbers, Date of Birth, Mother's Maiden Name |
| 28. | 9/15/04 | PO | Bank Account Number, Address |

All in violation of Title 18, United States Code, Sections 1028A and 2.

## COUNTS TWENTY-NINE AND THIRTY
### ALVIN REEVES ONLY
(TAMPERING WITH A WITNESS – 18 U.S.C. § 1512(b) and (j))

THE GRAND JURY FURTHER CHARGES THAT:

38.     Paragraphs 1 through 14 are realleged and incorporated by reference as though fully set forth herein.

39.     On the dates listed below, at Boston in the District of Massachusetts,

### ALVIN REEVES,

defendant herein, with the intent to influence, delay, hinder, and prevent testimony in an official proceeding, did knowingly and corruptly persuade and attempt to corruptly persuade the persons listed below to hinder, delay, and prevent the communication to a law enforcement officer or judge of the United States of information relating to the commission or possible commission of a Federal offense and to testify falsely in an official proceeding, namely a criminal trial before the United States District Court for the District of Massachusetts in which ALVIN REEVES was charged with violations of 18 U.S.C. §§1344, 1028 and 1028A.

| COUNT | DATE (in or about) | WITNESS |
|-------|--------------------|---------|
| 29.   | October 2004       | Runner3 |
| 30.   | November 2004      | Runner2 |

All in violation of Title 18, United States Code, Sections 1512(b)(3), 1512(j), 3147 and 2.

17

## COUNTS THIRTY-ONE AND THIRTY-TWO
## ALVENIA REEVES ONLY
(TAMPERING WITH A WITNESS – 18 U.S.C. § 1512(b) and (j))

### THE GRAND JURY FURTHER CHARGES THAT:

40.     Paragraphs 1 through 14 are realleged and incorporated by reference as though fully set forth herein.

41.     On the dates listed below, at Boston in the District of Massachusetts,

### ALVENIA REEVES,

defendant herein, with the intent to influence, delay, hinder, and prevent testimony in an official proceeding, did knowingly and corruptly persuade and attempt to corruptly persuade the persons listed below to hinder, delay, and prevent the communication to a law enforcement officer or judge of the United States of information relating to the commission or possible commission of a Federal offense and to testify falsely in an official proceeding, namely a criminal trial before the United States District Court for the District of Massachusetts in which ALVIN REEVES was charged with violations of 18 U.S.C. §§1344, 1028 and 1028A.

| COUNT | DATE<br>(in or about) | WITNESS |
|-------|-----------------------|---------|
| 31.   | October 2004          | Runner3 |
| 32.   | November 2004         | Runner2 |

All in violation of Title 18, United States Code, Sections 1512(b)(3), 1512(j), and 2.

18

A TRUE BILL

FOREPERSON OF THE GRAND JURY

Seth P. Berman
Assistant United States Attorney

DISTRICT OF MASSACHUSETTS                    August 18, 2005

Returned into the District Court by the Grand Jurors and filed.

Deputy Clerk

19

%JS 45 (5/97) - (Revised USAO MA 1/15/04)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |
|---|---|

**Place of Offense:** _____    **Category No.** _II_____    **Investigating Agency** _POSTAL_____

**City** _Randolph_____    **Related Case Information:**

**County** _Norfolk_____    Superseding Ind./ Inf.   _Yes_____   Case No.   _04-10311-JLT____
Same Defendant   _Yes_____   New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number   _04M-1107-JGD_____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   _Alvin Reeves_____        Juvenile     ☐ Yes     ☒ No

Alias Name _____

Address   _14 Francis Drive, Apt 8 in Randolph, MA_____

Birth date (Year only): _1977_ SSN (last 4 #): _5826_ Sex _M_ Race:   _Bl_____ Nationality: _USA_____

**Defense Counsel if known:**   **Brad Bailey**_____   **Address: Denner& O'Malley, 4 Longfellow Pl**
**35th Floor, Boston, MA 02114**

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** _Seth Berman_____   **Bar Number if applicable** _629332_____

**Interpreter:**   ☐ Yes ☒ No        List language and/or dialect: _____

**Matter to be SEALED:**   ☐ Yes   ☒ No

          ☐ **Warrant Requested**        ☒ **Regular Process**          ☐ **In Custody**

**Location Status:**

**Arrest Date:**   _10/5/04_____

☐ **Already in Federal Custody as** _____ **in** _____ .
☐ **Already in State Custody** _____   ☐ **Serving Sentence**   ☐ **Awaiting Trial**
☒ **On Pretrial Release:**   **Ordered by** _J. Dein_____   **on** _____

**Charging Document:**        ☐ **Complaint**        ☐ **Information**        ☒ **Indictment**

**Total # of Counts:**        ☐ **Petty** _____   ☐ **Misdemeanor** _____   ☒ **Felony**   _32 (30 for each D)_

**Continue on Page 2 for Entry of U.S.C. Citations**

☒ | I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.

**Date:** _8/18/05_                **Signature of AUSA:**

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant    ALVIN REEVES** _____

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  18 U.S.C. § 371 | Conspiracy | 1-2 |
| Set 2  18 U.S.C. §1344 | Bank Fraud | 3-15 |
| Set 3  18 U.S.C. §1028(a)(7) | Identity Theft | 16-21 |
| Set 4  18 U.S.C. §1028A | Aggravated Identity Theft | 22-28 |
| Set 5  18 U.S.C. §1512(b) | Tampering with a Witness | 29-30 |
| Set 6  18 U.S.C. § 3147 | Crime Committed While on Pretrial Release | 29-30 |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 1/15/04)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |
|---|---|

**Place of Offense:** _____  **Category No.** II _____  **Investigating Agency** POSTAL _____

**City** Randolph _____  **Related Case Information:**

**County** Norfolk _____  Superseding Ind./ Inf. Yes _____  Case No. 04-10311-JLT
Same Defendant No _____  New Defendant Yes _____
Magistrate Judge Case Number _____
Search Warrant Case Number 04M-1107-JGD _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name Alvenia Reeves _____  Juvenile [ ] Yes [X] No

Alias Name _____

Address 45 Evelyn Street, Mattapan, MA _____

Birth date (Year only): 1962 SSN (last 4 #): 5128 Sex F Race: Bl _____ Nationality: USA _____

**Defense Counsel if known:** George Gormley _____  **Address: 655 Summer Street** _____
**Boston, MA 02210** _____

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** Seth Berman _____  **Bar Number if applicable** 629332 _____

**Interpreter:** [ ] Yes [X] No  **List language and/or dialect:** _____

**Matter to be SEALED:** [ ] Yes [X] No

[ ] **Warrant Requested**  [X] **Regular Process**  [ ] **In Custody**

**Location Status:**

**Arrest Date:** 3/10/05 _____

[ ] **Already in Federal Custody as** _____ **in** _____ .
[ ] **Already in State Custody** _____ [ ] **Serving Sentence** [ ] **Awaiting Trial**
[X] **On Pretrial Release:** **Ordered by** J Dein _____ **on** 3/11/04 _____

**Charging Document:** [ ] Complaint  [ ] Information  [X] Indictment

**Total # of Counts:** [ ] Petty _____  [ ] Misdemeanor _____  [X] Felony 32 (30 for each D)

**Continue on Page 2 for Entry of U.S.C. Citations**

[x]  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.

**Date:** 8/18/05  **Signature of AUSA:** _____

%JS 45  (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number  (To be filled in by deputy clerk): _____

Name of Defendant    **ALVENIA REEVES** _____

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  18 U.S.C. § 371 | Conspiracy | 1-2 |
| Set 2  18 U.S.C. §1344 | Bank Fraud | 3-15 |
| Set 3  18 U.S.C. §1028(a)(7) | Identity Theft | 16-21 |
| Set 4  18 U.S.C. §1028A | Aggravated Identity Theft | 22-28 |
| Set 5  18 U.S.C. §1512(b) | Tampering with a Witness | 31-32 |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**