UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                        )
UNITED STATES OF AMERICA                )
                                        )    Crim. No. 04-10311-JLT
v.                                      )
                                        )
ALVIN REEVES                            )
_____)


## ASSENTED TO MOTION TO EXTEND TIME FOR FILING MOTIONS

Alvin Reeves ("the defendant"), by and through undersigned counsel, asks this Honorable Court to enter an order extending his deadline for filing his motion to suppress until **October 15, 2005**.  Following a final status conference on the prior pending indictment, the Court[1] entered an order granting the defendant until September 15, 2005 to file suppression motions.  After the Court's order issued, the government filed an amended superceding indictment. The court has scheduled the defendant for arraignment on this (second) superceding indictment tomorrow.

Because the defendant has not been arraigned on the second superceding indictment, and has not had the opportunity to review it with Counsel, he requires additional time to assess the possible issues and prepare an appropriate motion to suppress responsive to the charges contained therein.

The government suffers no prejudice if the court grants his motion.  **In fact, the government specifically assents to this motion.**  Failure to allow this motion, however,

---

[1] The Honorable Judith G. Dein, United States Magistrate Judge for the District of Massachusetts.

may cause the defendant to suffer a needless deprivation of his due process rights. Accordingly, the defendant respectfully requests that the Honorable Court to allow the assented-to motion.

        WHEREFORE, the defendant asks the court to grant his motion and extend his time for filing his suppression motion to October 15, 2005.

Dated: September 14, 2005

                                        Respectfully submitted,
                                        ALVIN REEVES
                                        By his attorneys,

                                        /s/ Brad Bailey
                                        _____
                                        Brad Bailey, BBO #549749
                                        Gary G. Pelletier, BBO#631732
                                        DENNER O'MALLEY, LLP
                                        Four Longfellow Place, 35th Floor
                                        Boston, MA 02114
                                        (617) 227-2800