UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | Crim. No. 04-10311-JLT |
| v. | ) ) |  |
| ALVIN REEVES | ) ) |  |

## MOTION TO SUPPRESS EVIDENCE

Alvin Reeves ("the defendant"), by and through undersigned counsel, moves this Honorable Court to enter an order suppressing evidence seized from his apartment by government agents in violation of his rights under the Fourth Amendment to the United States Constitution. The defendant avers that government agents lacked probable cause to obtain a warrant to search his apartment. The defendant bases this motion upon the accompanying memorandum of law.

WHEREFORE, the defendant asks the court to grant his motion and order the suppression of the items illegally seized from his home on September 15, 2004.

Dated: October 17, 2005

                                                            Respectfully submitted,
                                                            ALVIN REEVES
                                                            By his attorneys,

                                                            /s/ `Brad Bailey`

                                                           Brad Bailey, BBO #549749
                                                           Gary G. Pelletier, BBO#631732
                                                           DENNER O'MALLEY, LLP
                                                           Four Longfellow Place, 35th Floor
                                                           Boston, MA 02114
                                                           (617) 227-2800