UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 04-cr-10311-JLT |
| ) | |
| ALVIN REEVES and ) | |
| ALVINIA REEVES ) | |

## GOVERNMENT'S MOTION FOR STATUS CONFERENCE

The United States, by and through its attorneys, United States Attorney Michael J. Sullivan and Assistant United States Attorney Seth P. Berman, hereby moves the Court to hold a status conference or schedule a date for a hearing on the defendant Alvin Reeves' Motion to Suppress. As grounds therefor, the government states that the defendant Alvin Reeves has filed a Motion to Suppress, the Government has filed an opposition, and a disposition of this motion is needed in order for the case to move forward.

                                Respectfully submitted,

                                MICHAEL J. SULLIVAN
                                United States Attorney

                        By:     /s/ Seth P. Berman
                                SETH P. BERMAN
                                Assistant U.S. Attorney

Dated:   December 14, 2005