UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____

|
UNITED STATES OF AMERICA   |
|
v.   |   CRIM. NO. 04-10311-JLT
|
ALVIN REEVES   |
_____|

## FURTHER MOTION TO MODIFY BAIL CONDITIONS

Alvin Reeves ("the defendant"), by and through undersigned counsel, asks this Honorable Court to enter an order modifying his bail conditions to allow him to reside with Ernestine Andrade, at 66 Whiting Street, Roxbury, Massachusetts. The defendant currently lives in an apartment with his sister, Tanya Reeves, at 40 Marguarita Drive, Hyde Park, Massachusetts. Ms. Reeves pays all of the rent associated with the apartment. Ms. Reeves, however, is expected to be evicted from her apartment on or about January 2, 2006, and the defendant cannot remain in Ms. Reeve's apartment after her eviction.

Ms. Andrade has offered to allow the defendant to live with her in her apartment at 66 Whiting Street in Roxbury. Consistent with his financial ability, the defendant merely seeks to switch apartments. Ms. Andrade pays all of the rent associated with the apartment, and she will continue to do so.

Additionally, the defendant asks this Honorable Court to enter an order modifying his bail conditions to allow him to continue his education. The defendant has been accepted as a full-time student at ITT Technical Institute in its two-year computer and electronics technology program at 333 Providence Highway, Norwood, Massachusetts. The defendant's family had paid his first monthly tuition payment and has agreed to pay each additional tuition payment. The defendant has registered for two classes. One class

meets on Monday evenings from 5:30pm to 10:30pm.  The second class meets on Wednesday evenings from 5:30pm to 10:30 pm.  In addition to his studies, the defendant will maintain his part-time job with the Ultimate Moving Company in Dorchester.

The defendant does not seek to alter any of the other conditions of his release. Hence, if the court allows this motion, the defendant will attend school, report to work, and remain on home confinement with electronic monitoring during non-school and work hours.  The defendant's request should cause no disruption to any court proceeding and certainly has no substantive impact on this case.  Failure to grant this motion, however, could harm a defendant who faces the prospect of displacement from his current abode.

WHEREFORE, the defendant asks the court to grant his motion and modify his bail conditions as detailed herein.

Dated: December 27, 2005.

Respectfully submitted,
ALVIN REEVES
By his attorneys,

/s/ Brad Bailey
_____
Brad Bailey, BBO No. 549749
Laura Malouf, BBO No. 637049
DENNER ASSOCIATES, P.C.
Four Longfellow Place, 35th Floor
Boston, MA 02114
617-227-2800