FID# 619726

AO 442   (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of __MASSACHUSETTS__

UNITED STATES OF AMERICA

V.

ALVIN REEVES

**WARRANT FOR ARREST**

Case Number: 04-10311-JLT

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __ALVIN REEVES__
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☐ Complaint   X Order of court   ☐ Violation   ☐ Probation Violation Petition

charging him or her   (brief description of offense)

VIOLATION OF CONDITIONS OF RELEASE

in violation of _____ United States Code, Section(s) _____

Thomas F. Quinn
Name of Issuing Officer

Deputy Clerk
Title of Issuing Officer

*[signature]*
Signature of Issuing Officer

1/3/06 Boston, MA
Date and Location

Bail fixed at $ _____ by _____
Name of Judicial Officer

| **RETURN** |
|---|
| This warrant was received and executed with the arrest of the above-named defendant _____ |
| D/MA BOSTON |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 1/3/2006 | DUSM CHRIS McENANEY | *[signature]* |
| DATE OF ARREST 1/27/2006 | | |

Stamps: RECEIVED U.S. MARSHAL SERVICE BOSTON, MA 2005 DEC 30 P 2:01