UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Crim. No. 04-10311-JLT |
| v. ) | |
| ) | |
| ALVIN REEVES ) | |

## ASSENTED TO MOTION TO CONTINUE DETENTION HEARING

Alvin Reeves ("the defendant"), by and through undersigned counsel, asks this Honorable Court to enter an order continuing his detention hearing set for March 23, 2006 to a date convenient to the court after April 27, 2006.  As the basis for this motion, the defendant notes that the government has moved for detention or a revocation of his conditions of release based, in part, upon two criminal matters pending in the Massachusetts state courts.  The first matter involves a charge of domestic assault and battery pending in the West Roxbury District Court, which the court has scheduled for trial on April 26, 2006.  The second matter involves a driving on a suspended license charge pending before the Chelsea District Court.  The state district court has continued the Chelsea matter to April 24, 2006 for further pretrial hearing because the defendant's counsel in that matter has a scheduling conflict.

The defendant believes that he will resolve both matters on the next scheduled court dates with a dismissal of all pending charges.  Given the fact, however, that the revocation hearing in this matter may turn partially on the outcome of the state court

matters, then the defendant would ask this court to continue the hearing in this matter to a date following the resolution of the state court matters.

The government will suffer no prejudice if the court allows this motion. In fact, the government specifically **assents** to this motion. The defendant, in turn, assents to the exclusion of the time requested herein from the calculation of his speedy trial rights.

WHEREFORE, the defendant asks the court to grant his motion and continue his hearing to a date <u>after</u> April 27, 2006.

Dated: March 20, 2006

                        Respectfully submitted,
                        ALVIN REEVES
                        By his attorneys,

/s/ Brad Bailey
_____
Brad Bailey, BBO #549749
Gary G. Pelletier, BBO#631732
DENNER O'MALLEY, LLP
Four Longfellow Place, 35th Floor
Boston, MA 02114
(617) 227-2800

2