UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | |
| | * | |
| v. | * | Criminal No. 04-10311-JLT |
| | * | |
| | * | |
| ALVIN REEVES, et al. | * | |
| | * | |
| Defendants. | * | |
| | * | |

ORDER

April 5, 2006

TAURO, J.

This Court hereby orders that:

1. Trial will begin on August 14, 2006.

IT IS SO ORDERED.

    /s/ Joseph L. Tauro
United States District Judge