UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | Crim. No. 04-10311-JLT |
| v. | ) ) |  |
| ALVIN REEVES | ) ) |  |

## MOTION TO CONTINUE STATUS CONFERENCE

Alvin Reeves ("the defendant"), by and through undersigned counsel, asks this Honorable Court to enter an order rescheduling the status conference held on April 5, 2006 to a date convenient to the Court and the government. As grounds for this motion, undersigned counsel notes that due to an inadvertent error, he failed to appear before the Court[1] for the status conference held this past Wednesday. Specifically, undersigned counsel misread the Court's electronic order of March 28, 2006, scheduling a status conference in this case. Undersigned counsel mistakenly read the order as applying only to the defendant's sister and co-defendant, Alvenia Reeves. Undersigned counsel formed this mistaken impression because he also recently received an ECF Notice scheduling this matter for a detention hearing/status conference on May 3, 2006 before the Honorable Judith G. Dein.[2] Counsel accordingly wrote "Reeves Status" in his calendar for May 3, 2006. When counsel received several contemporaneous electronic messages regarding separate proceedings involving Alvenia Reeves, he assumed that the ECF Notice he

---

[1] The Honorable Joseph L. Tauro, United States District Judge for the District of Massachusetts.

[2] Undersigned counsel's inadvertent confusion was further compounded by the fact that the defendant has made numerous court appearances before Judge Dein even after this case was "sent up" to the trial court.

received on March 28th likewise pertained solely to her.  Given that undersigned counsel already had the defendant in his calendar for May 3rd, he admittedly gave the March 28th ECF notice only a cursory glance.  Undersigned counsel recognizes he erred in reaching this conclusion and in misreading the Court's order.

Undersigned counsel again profusely apologizes to the Court and the government for any inconveniences his error may have caused.  He asks the Court not to hold his error against the defendant and respectfully requests that the Court reschedule the status conference to a date and time convenient to the Court and the government in order that his partner, Attorney Gary Pelletier, who will try the case on August 14th, can participate in a discussion of any pending issues.  Moreover, in light of the Court's decision to take the defendant's motion to suppress under advisement, counsel also asks the Court to permit a hearing on the motion at the next scheduled status date or on a future date convenient to the Court and the government.  The defendant, in turn, assents to the exclusion of the time requested herein from the calculation of his speedy trial rights.

WHEREFORE, the defendant asks the Court to grant his motion and reschedule his status conference to a date convenient to the court and the government.

Dated: April 8, 2006

>Respectfully submitted,
>ALVIN REEVES
>By his attorneys,
>
>/s/ Brad Bailey
>_____
>Brad Bailey, BBO #549749
>Gary G. Pelletier, BBO#631732
>DENNER O'MALLEY, LLP
>Four Longfellow Place, 35th Floor
>Boston, MA 02114
>(617) 227-2800

2