UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>ALVIN REEVES ) | Crim. No. 04-10311-JLT |

## NOTICE OF APPEARANCE

Please enter the appearance of Gary G. Pelletier as attorney of record for the Defendant Alvin Reeves.

Dated: April 8, 2006

Respectfully submitted,
ALVIN REEVES
By his attorneys,

/s/ Gary G. Pelletier
_____
Brad Bailey, BBO #549749
Gary G. Pelletier, BBO#631732
DENNER O'MALLEY, LLP
Four Longfellow Place, 35th Floor
Boston, MA 02114
(617) 227-2800