UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 04-cr-10311-JLT |
| ) | |
| ALVIN REEVES and ) | |
| ALVINIA REEVES ) | |

**GOVERNMENT'S MOTION FOR STATUS CONFERENCE**

The United States, by and through its attorneys, United States Attorney Michael J. Sullivan and Assistant United States Attorney Seth P. Berman, moves, pursuant to 18 U.S.C. §3161 (h)(1)(F) and (h)(8)(A), to exclude the period of time commencing on September 15, 2005 and ending on August 14, 2006.  As grounds therefore, the government states that the defendant Alvin Reeves asked to file motions to exclude on September 15, 2005, and that such a motion was filed by the defendant on October 17, 2005.  The government responded to his motion in a timely manner, and the motion has been pending since that date.  Moreover, the attorneys for both defendants have requested this delay to examine the discovery and prepare for trial.

Defendant Alvin Reeves' counsel, Brad Bailey, and defendant Alvenia Reeves' counsel, George Gormley, assent to this motion.

WHEREFORE, the United States respectfully request, under 18 U.S.C. §3161(h)(1)(F) and (h)(8)(A) and §5(c)(1)(A) of Plan for Prompt Disposition of Criminal Cases of this Court, that this Court find, based on the above, that the ends of justice served by granting the requested exclusion outweigh the best interest of the public and the defendant in a speedy trial, and, accordingly, exclude the above period in computing the time within which trial must commence.

                Respectfully submitted,

                MICHAEL J. SULLIVAN
                United States Attorney

By:   /s/ Seth P. Berman
        SETH P. BERMAN
        Assistant U.S. Attorney

Dated:   April 23, 2006