UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 04-10311-JLT |
| | ) | |
| v. | ) | |
| | ) | |
| ALVIN REEVES and | ) | |
| | ) | |
| ALVENIA REEVES | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

NOTICE OF APPEARANCE FOR
ASSISTANT U.S. ATTORNEY ADAM BOOKBINDER

I will be appearing, along with Seth Berman, as counsel for the government in this matter.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney


By:    /s/ Adam Bookbinder
ADAM J. BOOKBINDER
Assistant U.S. Attorney


CERTIFICATE OF SERVICE

I certify that this document filed through the ECF system, which will provide electronic notice to counsel as identified on the Notice of Electronic Filing.

/s/ Adam J. Bookbinder
Adam J. Bookbinder

Dated: June 20, 2006