UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ALVIN REEVES and | ) | CRIMINAL NO. 04-10311-JLT |
| ALVENIA REEVES | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

## GOVERNMENT'S WITNESS LIST

The United States of America, by and through its attorneys, United States Attorney Michael J. Sullivan and Assistant United States Attorneys Adam Bookbinder and Seth P. Berman, hereby gives notice that it may call the following persons as witnesses during its case-in-chief. The government reserves the right to add additional witnesses prior to trial.

Julie-Ann Aloise
Keeper of the Records
Citizens Bank

Sarah Arens
Melrose, MA

Tom Backstrom
Keeper of the Records
Sovereign Bank

Lisa Beaufort
Warwick, RI

Lisa Benton
Cranston, RI


John Breslin

Handwriting Expert,
U.S. Postal Inspection Service
New York, NY

Billie Chapman
Dorchester, MA

Robert Craft
Fingerprint Expert
U.S. Postal Inspection Service
New York, NY

Arnita Dejesus
Dorchester, MA

Barry Dent-Smith
Monroe, NC

Postal Inspector Paul Durand
U.S. Postal Inspection Service
Boston, MA

David Ennulat
Hubbardston, MA

James Geraghty
Amherst, NH

Susan Geraghty
Amherst, NH

David Gilmore
Charlestown, MA

Hennisse Gomez
Danvers, MA

Veronica Gorlovsky
Middleton, MA

Robert Hartling
Jamaica, NY

Jacob Isaacs

Keeper of the Records
Sprint

Rebecca Johnson
East Boston, MA

Warren Kosterman
Keeper of the Records
Harbor Health Services

Kim Kukstis
Standish Village Nursing Home

Donna McAdams
Keeper of the Records
Bank of America

Thomas Niles
Cambridge, MA

Philip O'Connell
Auburn, MA

George Pyne
Plymouth County Jail

Dewayne Robertson
Hempstead, NY

John Scott
Nassau, NY

Jeffrey Smith
United States Probation
Boston, MA

David Spillane
Quincy, MA

David Steckler
Nashua, NH

Dwayne Thomas
Dorchester, MA

Arnold Undzis
Hampton, NH

William Walsh
Roslindale, MA

                                          Respectfully submitted,

                                          MICHAEL J. SULLIVAN
                                          United States Attorney

                          By:    /s/ Seth P. Berman
                                ADAM BOOKBINDER
                                SETH P. BERMAN
                                Assistant U.S. Attorney

Dated:     July 26, 2006

## CERTIFICATE OF SERVICE

I certify that this document filed through the ECF system, which will provide electronic notice to counsel as identified on the Notice of Electronic Filing.

                                          /s/ Seth P. Berman
                                          Seth P. Berman

Dated:     July 26, 2006