UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ALVIN REEVES and | ) | CRIMINAL NO. 04-10311-JLT |
| ALVENIA REEVES | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## GOVERNMENT'S EXHIBIT LIST

The United States of America, by and through its attorneys, United States Attorney Michael J. Sullivan and Assistant United States Attorneys Adam Bookbinder and Seth P. Berman, hereby submits this Exhibit List in the above-captioned matter. The government reserves the right to supplement, modify, or withdraw from this list.

**Exhibit No.    Description**

| Exhibit No. | Description |
|---|---|
| 1a | 5/28/04 Citizens Bank Withdrawal Slip from Account of Lisa Beaufort for $4,000 |
| 1b | Photograph of Billie Chapman Withdrawing $4,000 from Account of Lisa Beaufort at Citizens Bank Uphams Corner on 5/28/04 |
| 2a | 5/28/04 Citizens Bank Withdrawal Slip from Account of Lisa Beaufort for $2,000 |
| 2b | Photograph of Billie Chapman Withdrawing $2,000 from Account of Lisa Beaufort at Citizens Bank Codman Square on 5/28/04 |
| 3 | 6/25/04 Citizens Bank Withdrawal Slip from Account of Lisa Benton for $4,500 with Photograph of Billie Chapman Making the Withdrawal |
| 4 | 6/25/04 Citizens Bank Withdrawal Slip from Account of Lisa Benton for $8,000 with Photograph of Billie Chapman Making the Withdrawal |
| 5 | 6/29/04 Citizens Bank Withdrawal Slip from Account of Lisa Benton for $19,000 with Photograph of Billie Chapman Making the Withdrawal |

| | |
|---|---|
| 6 | Reserved |
| 7 | Reserved |
| 8 | Reserved |
| 9 | Reserved |
| 10a | Check made out to Standish Village Nursing Home for $33,354.96 |
| 10b | 12/12/03 Citizens Bank Deposit Slip for $33,354.96 into Account of Barry Dent Smith |
| 10c | Photograph of Barry Dent Smith Depositing Standish Village Nursing Home Check for $33,354.96 on 12/12/03 |
| 11a | 12/19/03 Citizens Bank Withdrawal Slip for $8,000 from account of Barry Dent Smith |
| 11b | Photograph of Barry Dent Smith Withdrawing $8,000 from Citizens Bank Account of Barry Dent Smith on 12/19/03 |
| 12a | 12/19/03 Citizens Bank Withdrawal Slip for $10,000 from account of Barry Dent Smith |
| 12b | Photograph of Barry Dent Smith Withdrawing $10,000 from Citizens Bank Account of Barry Dent Smith on 12/19/03 |
| 13 | 3/8/04 Drivers License, Bank Card and $7,000 Withdrawal Slip for William Saladin Account at Citizens Bank |
| 14 | 3/16/04 Photograph of Barry Dent Smith Attempting to Withdraw $2,500 from the account of William Walsh with counterfeit license purporting to be from William Walsh |
| 15 | Counterfeit Driver's License with Photograph of Barry Dent Smith and Mastercard both Purportedly issued in the name of John Scott |
| 16 | Lottery Ticket with Handwritten Information Concerning Dwayne Thomas |
| 17 | Reserved |
| 18 | Reserved |
| 19 | Reserved |
| 20 | Dwayne Thomas Plea Agreement |
| 21 | Counterfeit Driver's License with Photograph of Dwayne Thomas Purportedly Issued in the Name of James Geraghty |

| 22a | Copy of Counterfeit Driver's License with Photograph of Dwayne Thomas Purportedly Issued in the Name of James Geraghty, and $7,000 withdrawal from account of James Geraghty on 2/24/04 |
|---|---|
| 22b | 2/24/04 Photographs of Dwayne Thomas Attempting to Withdraw Money from the Account of James Geraghty |
| 23a | Counterfeit Driver's License with Photograph of Dwayne Thomas Purportedly issued to David Gilmore |
| 23b | Counterfeit Visa Card Purportedly issued to David Gilmore |
| 24a | 7/7/04 Citizens Bank Withdrawal Slip for $9,000 from Account of David Gilmore |
| 24b | 7/7/04 Transfer Ticket for $10,000 from Account of David Gilmore |
| 24c | 7/7/04 Photographs of Dwayne Thomas Withdrawing and Transferring Money from the Citizens Bank Account of David Gilmore at Tremont Street Citizens Bank |
| 25 | 7/16/04 Citizens Bank Withdrawal Slip for $3,000 from Account of David Gilmore |
| 26a | 7/16/04 Citizens Bank Withdrawal Slip for $4,000 from Account of David Gilmore |
| 26b | 7/16/04 Photographs of Dwayne Thomas Withdrawing Money from the Citizens Bank Account of David Gilmore at Morrissey Boulevard Citizens Bank |
| 27 | Counterfeit Driver's License with Photograph of Dwayne Thomas Purportedly Issued to Thomas Niles |
| 28a | 7/16/04 Citizens Bank Withdrawal Slip for $3,200 from Account of Thomas Niles, with Copy of Thomas Niles Counterfeit License |
| 28b | 7/16/04 Photographs of Dwayne Thomas Attempting to Withdraw Money from Account of Thomas Niles at Citizens Bank Uphams Corner |
| 29a | Counterfeit Driver's License with Photograph of Dwayne Thomas Purportedly issued to David Steckler |
| 29b | Capitol One No Hassle Card in the Name of David Steckler |
| 30 | 7/29/04 Fleet Bank Printout Regarding Withdrawal of $4,200 from Account of David Steckler, with Photograph of Dwayne Thomas Making the Withdrawal |

| 31 | 7/29/04 Fleet Bank Printout Regarding Withdrawal of $5,000 and Attempted Transfer of $8,000 from Account of David Steckler, with Photograph of Dwayne Thomas Making the Withdrawal and Attempted Transfer |
|---|---|
| 32 | 8/2/04 Surveillance Photograph of Dwayne Thomas Attempting to Withdraw $19,000 from Account of David Steckler |
| 33a | Fleet Bank Check for $9,000 Drawing on the Account of David Steckler |
| 33b | 8/2/04 Fleet Deposit into the Account of Pamela Burt for $9,000 |
| 33c | 8/2/04 Surveillance Photograph of Dwayne Thomas Attempting to Deposit $9,000 Check Purportedly from David Steckler Account into Pamela Burt Account |
| 34 | Reserved |
| 35 | Reserved |
| 36 | Reserved |
| 37 | Reserved |
| 38 | Reserved |
| 39 | Reserved |
| 40 | Alvenia Reeves Employment Application for Standish Village Nursing Home |
| 41 | Reserved |
| 42 | Reserved |
| 43 | Reserved |
| 44 | Reserved |
| 45 | Reserved |
| 46 | Reserved |
| 47 | Reserved |
| 48 | Reserved |
| 49 | Reserved |
| 50a | Photograph of Closet in Alvin Reeves' Apartment |
| 50b | Photograph of Shelf with Bag and Documents in Alvin Reeves' Apartment |
| 50c | Photograph of Documents in Alvin Reeves' Apartment |

| 51a | Paper with Handwritten Identities Starting with James Geraghty |
|---|---|
| 51b | Paper with Handwritten Identities Starting with William Walsh |
| 51c | Paper with Handwritten Identities Starting with Rebecca Johnson |
| 51d | Paper with Handwritten Identities Starting with Dwayne Robertson |
| 52a | Summit Settlement Funding Account Wiring Instructions |
| 52b | Spillane Law Office's Wiring Instructions |
| 52c | Walgreens Passport Photographs of Tiombe Weaver |
| 52d | Counterfeit Temporary Driver's License with Photograph of Tiombe Weaver Purportedly Issued in the Name of Mari Ripp |
| 52e | Walgreens Passport Photographs of Veronica Gorlovsky |
| 53 | Alvin Reeves' Miranda Form 10/5/05 |
| 54 | Sprint PCS Phone Records of Sarah Arens Telephone Number 617-905-2102 |
| 55 | Sprint PCS Phone Records of John Scott Telephone Numbers 617-905-8688 and 617-905-0814 |
| 56 | Summary Chart of Sprint Telephone Records |
| 57 | Alvin Reeves Handwriting Exemplar |
| 58 | Alvin Reeves Fingerprint Card |
| 59 | Reserved |
| 60 | 12/5/03 $2,500 Counterfeit Check Purportedly Drawing on the Citizens Bank Account of David Spillane |
| 61 | Reserved |
| 62 | Reserved |
| 63 | Reserved |
| 64 | Reserved |
| 65 | Fingerprint Comparison Chart |
| 66 | Reserved |
| 67 | Reserved |
| 68 | Reserved |

| | |
|---|---|
| 69 | Reserved |
| 70 | Handwriting Comparison Chart for "Street" |
| 71 | Handwriting Comparison Chart for "Washington St" |
| 72 | Reserved |
| 73 | Reserved |
| 74 | Reserved |
| 75 | Summary Chart |

        Respectfully submitted,

        MICHAEL J. SULLIVAN
        United States Attorney

By:   /s/ Seth P. Berman
       ADAM BOOKBINDER
       SETH P. BERMAN
       Assistant U.S. Attorney

Dated:    July 26, 2006

## CERTIFICATE OF SERVICE

    I certify that this document filed through the ECF system, which will provide electronic notice to counsel as identified on the Notice of Electronic Filing.

        /s/ Seth P. Berman
        Seth P. Berman

Dated:    July 26, 2006