Curriculum Vitae

Roger H. Gray, M.D.
112 Sargent Street
Newton, MA 02458
Telephone: 617-965-2713
D.O.B. January 14, 1945

I. Education
   A. University of Minnesota
      B.A., English Literature, 1968
      School of Architecture, 1967 - 1969
   B. Tufts University, School of Medicine, Boston, MA 1973-1977

II. Post-Graduate Training: Tufts-New England Medical Center and Affiliates
   A. Medical Internship: July 1977 - June 1978 at the Shattuck, Faulkner, and Jamaica Plain V.A. Hospitals
   B. Psychiatric Training:
      1. Jamaica Plain V.A. Hospital: July 1978 - June 1979
      2. New England Medical Center: July 1979 - June 1980
      3. Jamaica Plain V.A. Hospital: July 1980 - June 1981 Chief Resident, Ward 12-C (In-Patient Service)
      4. New England Medical Center: July 1980 - June 1981

III. Work Experience
   A. Medical Director, Adult Psychiatric Unit, Caritas Norwood Hospital October 1999 - Present
   B. Associate Medical Director, Adult Psychiatric Unit, Southwood Community Hospital April 1994 – October 1999
      Associate Medical Director, Geropsychiatric Unit, Southwood Community Hospital January 1992 – October 1999
      Medical Director, Partial Hospital Program
      Southwood Community Hospital May 1992 – October 1999
   C. Medical Director, Clinical Director, American Geriatric Services, Inc., formerly known as Alpha Geriatrics: November 1988 - December 1991. Development and administration of inpatient medical-psychiatry services and out-patient consultation services for elderly patients. Training and supervision of multi-disciplinary team. Direct services for geriatric patients. Development of Utilization Review and Quality Assurance Programs.
   D. Private Practice: July 1981 to present.
      Psychotherapy with adults, couples, and families.
      Psychotherapy supervision and consultation
   E. Beth Israel Hospital, Boston, MA: July 1988 to 1990, Staff Psychiatrist, Consultation-Liaison Service, Clinical Instructor for Harvard Medical School.
   F. St. Margaret's Hospital, Dorchester, MA: September 1987 - January 1989, Psychiatric Consultant
   G. Carney Hospital, Dorchester, MA: December 1983 - June 1988.
      1. Director of Psychiatric Consultation-Liaison Service. Provided and coordinated services, provided instruction to primary care residents, formulated policies, instruction to coronary care unit.

    2. In-patient Attending: December 1983 - September 1986
    3. Teaching of primary care residents and directing house officers' group for 1984 - 1987.
    4. Psychotherapy supervision of nursing graduate student for 1984 - 1986.
    5. Grand rounds for the Department of Psychiatry and Medicine.
   H. Cambridge Hospital, Inpatient Psychiatry, Attending Physician, Supervision of Psychiatric Residents, Psychology Interns, and Medical Students: July 1981-December 1983
   I. Medical Director, 735 Inc, Melrose, MA Outpatient Mental Health Clinic: July 1981-December 1983
   J. Forensic Consultations: 1983-Present

IV. Massachusetts License, Board of Registration and Discipline in Medicine, #43790, issued February 21, 1979.
American Board of Psychiatry and Neurology, #28364, issued November 1986.

V. Professional Affiliations
   Massachusetts Medical Society

VI. Community Activities: Member, Dedham Board of Health, March 1985 - March 1988

VII. Publications
   A. Sun Chronicle, monthly mental health issues column, October 1994 to September 1997.
   B. "Filming Adolescent Activities," Hospital and Community Psychiatry, August 1971.
   C. "The Role of the Library in an Adolescent Service," Hospital and Community Psychiatry, May, 1972 (with Anton O. Kris, M.D.).

VIII. Teaching

Workshop: Psychotherapy with Elderly Patients in Long Term Care Settings, presented at the Northeastern Gerontological Society, 1991 Annual Conference at Albany Hilton, Albany, New York, April 19, 1991.

Workshop: Psychotherapy of Nursing Home Residents with Character Disturbances, presented at the American Psychological Association, 1991 Annual Convention, San Francisco, California, August 20, 1991.

Workshop: The Wolf in Sheep's Clothing: Medical Illness and Psychiatric Symptoms, presented at the Massachusetts School of Professional Psychology, Dedham, Massachusetts, November 14, 1991.

Conference: Alzheimer's Disease: Society's Response, presented at Stonehill College, Easton, Massachusetts by The Alzheimer's Partnership, August 5, 1992.