6/3/08

Mr Alvin Reeves Reg No# 24058-038
Federal Correctional Institution - Elkton
PO Box 10
Lisbon, OH 44432

Dear Honorable Judge Joseph Tauro (JLT)

My name is Alvin Reeves, case number 1:04 cr 10311-01, I ensure this honorable court I come in good faith. I was in the United States District Court of Massachusetts, in which I pleaded guilty to conspiracy to commit bank fraud, Identity theft, Aggravated Identity theft, and Tampering with a witness - aggravated. After my pleading the court then imposed a sentence of 60 months to be served concurrently with case # CR-10445-GAO. Futhermore, the court also recommended to the Bureau of prisons: that the defendant participate in the 500 hour drug treatment program.

However, Since that time there seems to be a discrepancy within my sentencing calculations, showing an extra (4) months and 23 days to be served. The defendant was only given a prison term of (60) months. Where did the difference of (4) months and (23) days come from in computing defendant, jail time. Which has changed the complexity of the defendant release date see attachment.

"a defendant shall be given credit toward the service of a term of imprisonment for any time he has spent in detention prior to, or the date the sentence commences."

After Carefully, reviewing the judgment of commitment sheet in which this court upheld, that the defendant shall serve no more than (60) months in the custody of the Bureau of prisons.

The discrepancy in the sentencing comes from the additional (4) months and 23 days to be served in confinement. The defendant respects the judgment of this court, in asking this Honorable court to credit the amount of jail time he has served in official detention.

Sincerly,

Alvin Reeves

```
ELKD2   540*23  *            SENTENCE MONITORING          *     10-26-2007
PAGE 003        *            COMPUTATION DATA             *     12:57:08
                             AS OF 10-26-2007

REGNO..: 24058-038 NAME: REEVES, ALVIN


------------------------CURRENT COMPUTATION NO: 020 -------------------------

COMPUTATION 020 WAS LAST UPDATED ON 10-18-2007 AT DSC AUTOMATICALLY

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 020: 020 010, 030 010

DATE COMPUTATION BEGAN..........: 09-20-2006
AGGREGATED SENTENCE PROCEDURE...: AGGREGATE GROUP 800 PLRA
TOTAL TERM IN EFFECT............:     60 MONTHS                    Correct
TOTAL TERM IN EFFECT CONVERTED..:      5 YEARS
AGGREGATED TERM OF SUPERVISION..:      3 YEARS
EARLIEST DATE OF OFFENSE........: 07-28-1999

JAIL CREDIT.....................:    FROM DATE       THRU DATE
                                     06-23-2001      06-23-2001
                                     09-13-2004      09-16-2004
                                     10-05-2004      10-21-2004
                                     01-27-2006      01-27-2006
                                     05-03-2006      05-11-2006
                                     09-19-2006      09-19-2006

TOTAL PRIOR CREDIT TIME.........: 33
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 235
TOTAL GCT EARNED................: 54
STATUTORY RELEASE DATE PROJECTED: 12-25-2010            Correct
SIX MONTH /10% DATE.............: N/A
EXPIRATION FULL TERM DATE.......: 08-17-2011
```

```
G0002        MORE PAGES TO FOLLOW . . .




  ELKD2   540*23  *         SENTENCE MONITORING         *     10-26-2007
PAGE 004          *          COMPUTATION DATA           *     12:57:08
                             AS OF 10-26-2007
REGNO..: 24058-038 NAME: REEVES, ALVIN



PROJECTED SATISFACTION DATE.....: 12-25-2010
PROJECTED SATISFACTION METHOD...: GCT REL

REMARKS.......: 02-29-2007 FINAL RELEASE AUDIT COMPLETED.
                04-20-2007 DSCC UDPATED COMP TO REFLECT CS SENTENCE.
                10-18-2007 COMP UPDATED TO REFLECT CC SENTENCE PER 2ND AMENDED
                J&C.











G0002        MORE PAGES TO FOLLOW . . .
```

```
  ELKD2   540*23  *         SENTENCE MONITORING            *     06-01-2008
  PAGE 003         *         COMPUTATION DATA              *     13:29:06
                              AS OF 06-01-2008

REGNO..: 24058-038 NAME: REEVES, ALVIN


DATE COMPUTATION BEGAN..........: 09-20-2006
AGGREGATED SENTENCE PROCEDURE...: AGGREGATE GROUP 800 PLRA
TOTAL TERM IN EFFECT............:    5 YEARS       4 MONTHS      23 DAYS   Incorrect
TOTAL TERM IN EFFECT CONVERTED..:    5 YEARS       4 MONTHS      23 DAYS
AGGREGATED TERM OF SUPERVISION..:    3 YEARS
EARLIEST DATE OF OFFENSE........: 07-28-1999

JAIL CREDIT.....................:   FROM DATE      THRU DATE
                                    06-23-2001     06-23-2001
                                    09-11-2004     09-16-2004
                                    10-05-2004     10-21-2004
                                    01-27-2006     01-27-2006
                                    05-03-2006     05-11-2006
                                    09-19-2006     09-19-2006

TOTAL PRIOR CREDIT TIME.........: 35
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 254
TOTAL GCT EARNED................: 54
STATUTORY RELEASE DATE PROJECTED: 04-28-2011    Incorrect
SIX MONTH /10% DATE.............: N/A
EXPIRATION FULL TERM DATE.......: 01-07-2012


PROJECTED SATISFACTION DATE.....: 04-28-2011
PROJECTED SATISFACTION METHOD...: GCT REL

REMARKS.......: 02-29-2007 FINAL RELEASE AUDIT COMPLETED.
                04-20-2007 DSCC UDPATED COMP TO REFLECT CS SENTENCE.
                10-18-2007 COMP UPDATED TO REFLECT CC SENTENCE PER 2ND AMENDED
                J&C.02-27-2008 COMP UPDATED TO CORRECT JC & TIE-ELG/Q.




G0002       MORE PAGES TO FOLLOW . . .
```

```
ELKD2   540*23  *          SENTENCE MONITORING          *    06-01-2008
PAGE 001         *          COMPUTATION DATA            *    13:29:06
                            AS OF 06-01-2008

REGNO..: 24058-038 NAME: REEVES, ALVIN


FBI NO............: 440092DB2           DATE OF BIRTH: 08-25-1977
ARS1..............: ELK/A-DES
UNIT..............: UNIT E              QUARTERS.....: E02-316L
DETAINERS.........: NO                  NOTIFICATIONS: NO

PRE-RELEASE PREPARATION DATE: 11-09-2010

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE: 04-28-2011 VIA GCT REL

---------------------CURRENT JUDGMENT/WARRANT NO: 020 ---------------------

COURT OF JURISDICTION...........: MASSACHUSETTS
DOCKET NUMBER...................: 1:01CR10445-001-GAO
JUDGE...........................: KEETON
DATE SENTENCED/PROBATION IMPOSED: 11-20-2002
DATE SUPERVISION REVOKED........: 09-20-2006
TYPE OF SUPERVISION REVOKED.....: REG
DATE COMMITTED..................: 04-17-2007
HOW COMMITTED...................: COMMIT OF SUPERVISED REL VIOL
PROBATION IMPOSED...............: NO

              FELONY ASSESS   MISDMNR ASSESS   FINES        COSTS
NON-COMMITTED.: $1,900.00     $00.00          $00.00       $00.00

RESTITUTION...: PROPERTY:  NO   SERVICES:  NO       AMOUNT: $83,895.08

-----------------------CURRENT OBLIGATION NO: 010 -----------------------
OFFENSE CODE....:  156
OFF/CHG: SRT VIOL - ORIG OFF: 18:1028(A)(7) IDENT THEFT (CT'S 1-10)
         18:1344(2) BANK FRAUD (CT'S 11-19).

 SENTENCE PROCEDURE.............: SUPERVISED RELEASE VIOLATION PLRA
 SENTENCE IMPOSED/TIME TO SERVE.:    21 MONTHS
 CLASS OF OFFENSE...............: CLASS B FELONY
 DATE OF OFFENSE................: 07-28-1999

---------------------CURRENT JUDGMENT/WARRANT NO: 030 ---------------------

COURT OF JURISDICTION...........: MASSACHUSETTS
DOCKET NUMBER...................: 1:04CR10311-01-JLT
JUDGE...........................: TAURO




G0002        MORE PAGES TO FOLLOW . . .
```

```
ELKD2    540*23  *          SENTENCE MONITORING           *    06-01-2008
PAGE 002          *          COMPUTATION DATA             *    13:29:06
                              AS OF 06-01-2008

REGNO..: 24058-038 NAME: REEVES, ALVIN


DATE SENTENCED/PROBATION IMPOSED: 02-12-2007
DATE COMMITTED...................: 04-17-2007
HOW COMMITTED....................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED................: NO

             FELONY ASSESS   MISDMNR ASSESS   FINES          COSTS
NON-COMMITTED.: $3,000.00       $00.00        $00.00         $00.00

RESTITUTION...: PROPERTY:  NO   SERVICES:  NO      AMOUNT:  $115,315.60

------------------------CURRENT OBLIGATION NO: 010 ------------------------
OFFENSE CODE....:  153
OFF/CHG: 18:371 - CONSPIRACY (CTS 1&2), 18:1344(1) - BANK FRAUD
         (CTS 3-15), 18:1028(A)(7) - IDENTITY THEFT (CTS 16-21),
         18:1028A - AGGRAVATED IDENTITY THEFT (CTS 22-28), AND
         18:1512(B)&(J) - TAMPERING W/WITNESS-AGGRAVATED (CTS 29&30).

 SENTENCE PROCEDURE..............: 3559 PLRA SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:     60 MONTHS
 TERM OF SUPERVISION.............:      3 YEARS
 RELATIONSHIP OF THIS OBLIGATION
  TO OTHERS FOR THE OFFENDER....: CC TO 020/010
 DATE OF OFFENSE.................: 11-30-2004

------------------------CURRENT COMPUTATION NO: 020 ------------------------

COMPUTATION 020 WAS LAST UPDATED ON 02-27-2008 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 02-27-2008 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 020: 020 010, 030 010




G0002         MORE PAGES TO FOLLOW . . .
```