

U.S. Department of Justice

Federal Bureau of Prisons

2176

Designation & Sentence Computation Center
346 Marine Forces Drive
Grand Prairie, TX 75051

July 25, 2008

Honorable Joseph L. Tauro
United States District Judge
District of Massachusetts
John Joseph Moakley United States
Courthouse, Suite 2300
One Courthouse Way
Boston, MA 02210-3002

    Re:  <u>United States v. Alvin Reeves</u>
          Criminal No. 1:01CR10445-001-GAO
          Register Number: 24058-038

Dear Judge Tauro:

    The Bureau of Prisons (BOP) respectfully submits this letter in response to Your Honor's verbal order of July 11, 2008, directing the BOP's Designation and Sentence Computation Center (DSCC) to provide an explanation to the Court by Monday, August 11, 2008, of the concerns Alvin Reeves raised in his letter.

    Mr. Reeves has raised two concerns in his letter. First, he questions why the Bureau has calculated his aggregated term in effect to be 5 years, 4 months and 23 days. He believes the proper aggregated term in effect is 5 years, because he only received a 60-month term from this Court. Second, he believes the Bureau has not complied with the Court's judicial recommendation for him to participate in the Residential Drug Abuse Treatment Program (RDAP).

Sentence Computation Issue

    On November 20, 2002, the Honorable Robert E. Keeton of the District of Massachusetts sentenced Alvin Reeves to a 21-month term for Identity Theft and Bank Fraud in Docket Number 1:01CR10445-001-GAO. With 202 days of prior custody credit, Mr. Reeves released from this term on November 7, 2003.

    Mr. Reeves subsequently violated the conditions of his supervised release and on September 20, 2006, the Honorable George O'Toole sentenced Alvin Reeves to a 21-month supervised release violator term in Docket Number 1:01CR10445-001-GAO. The Bureau began running this sentence on the date it was imposed.

On February 12, 2007, the Court sentenced Alvin Reeves to a 60-month term for new criminal conduct in Docket Number 1:04CR10311-01-JLT for Conspiracy, Bank Fraud, Identity Theft, Aggravated Identity Theft and Tampering With Witness-Aggravated. Because the initial Judgment was silent regarding how this sentence would run in relation to the 21-month violator term the defendant was currently serving, the Bureau interpreted this 60-month term to be consecutive pursuant to 18 U.S.C. § 3584(a), and therefore computed it as a consecutive term with a total aggregated term of 81 months (21 months + 60 months).

However, on September 24, 2007, the Court issued a Second Amended Judgment for Docket No. 1:04CR10311-01-JLT ordering the 60-month term to be run concurrently. The Court's Second Amended Judgment caused the Bureau to change the way it computed these 2 sentences. Rather than simply adding the 2 terms of imprisonment together to arrive at an aggregated term in effect of 81 months, the Bureau was now required to adjust the aggregated term to an amount of time in custody which would satisfy the conditions under which each of the 2 terms were imposed.

Standing alone, the effective full term release date from the 21-month violator term is June 19, 2008. Because this sentence was imposed first in Alvin Reeves' current period of incarceration, the Bureau refers to this as the "Anchor Sentence." The Court imposed the second sentence (Concurrent Sentence) on February 12, 2007 and, based on the Court's Second Amended Judgment, this sentence also began running on the date of imposition, with an effective full term release date from the Concurrent Sentence of February 11, 2012.

The Bureau subtracted the Effective Full Term Date of the Anchor Sentence (June 19, 2008) from the Effective Full Term Date of the Concurrent Sentence (February 11, 2012) to arrive at an overlap of 3 years, 7 months and 23 days. It then added 21 months (1 year 9 months), the term in effect of the Anchor Sentence, to this calculation to arrive at an aggregate term of 5 years, 4 months and 23 days. The Bureau's manual calculation sheet is attached to further explain how this calculation was done.

Therefore, the Bureau's aggregated term in effect of 5 years, 4 months and 23 days takes into account both the 21-month violator term and the 60-month concurrent term. If the Bureau were to have an aggregated term in effect of only 60 months, Mr. Reeves would be released before he had completed service of both terms as ordered by the respective Courts.

With 254 days of projected good conduct time, and 35 days of prior custody credit applied towards the term in effect, Mr. Reeves' projected release date is April 28, 2011. The Bureau's sentence computation is attached to further explain how this release date was calculated.

<u>Judicial Recommendation for RDAP</u>

    Inmate Reeves is also complaining that the Court entered a judicial recommendation for him to participate in RDAP, and the Bureau has not complied with this recommendation. When the Bureau received the Court's Judgment, it noted the RDAP judicial recommendation in its records. In order to comply with this recommendation, on April 17, 2007, the Bureau designated inmate Reeves to the Federal Correctional Institution in Elkton, Ohio, which offers the RDAP. Further, on July 3, 2008, the Bureau placed him on the RDAP waiting list to be reviewed for his suitability for participation in the RDAP. The purpose of the review is to have Bureau staff determine whether inmate Reeves has a documented substance abuse disorder. If the Bureau finds he does have such a disorder, and if he agrees to abide by the requirements of the RDAP, he will be enrolled in the RDAP with enough time to complete the program prior to his release date and receive any early release benefit which the Bureau deems appropriate.

    The BOP has a three-tier administrative remedy program, whereby inmates with any complaints regarding conditions of their confinement, e.g., sentence computations, RDAP participation, etc., must file a formal written complaint to have the matter addressed and hopefully resolved before seeking redress in the courts. *See 28 C.F.R. §§ 542.10 et seq.* As with all inmates in Bureau custody, inmate Reeves received an orientation to the administrative remedy program upon arriving at his designated facility. However, review of the BOP's internal SENTRY database indicates that inmate Reeves has not filed any administrative remedies. *See enclosure.*

    I hope this information has responded to the Court's inquiry. Should you have any further questions or concerns regarding this issue, please do not hesitate to contact Nathan Patterson, Operations Manager for Quebec Team, at (972)595-3027.

                                       Sincerely,

                                         Delbert G. Sauers
                                         Chief

sec
Enclosures
cc: Susan Walls, Senior United States Probation Officer

```
REEVES # 24058-038
**UPDATED CONCURRENT OVERLAP CALCULATION**.
As of 07-17-2008

*Corrects TIE of Anchor Sentence - does not affect TIE of Aggregreate



 DSC1M            *          SENTENCE MONITORING              *    07-17-2008
 PAGE 001 OF 001 *  INDEPENDENT AGGREGATE TERM IN EFFECT      *    12:57:25

ANCHOR SENTENCE.....:

         DCB: 09-20-2006    TIE:     - 21 -        EFT: 06-19-2008

CONCURRENT SENTENCES:

         DSI: 02-12-2007    TIE:     - 60 -        EFT: 02-11-2012
         DSI:               TIE:                   EFT:
         DSI:               TIE:                   EFT:
         DSI:               TIE:                   EFT:
         DSI:               TIE:                   EFT:
         DSI:               TIE:     -    -        EFT:
         DSI:               TIE:     -    -        EFT:
         DSI:               TIE:     -    -        EFT:
         DSI:               TIE:                   EFT:

AGGREGATE SENTENCE..:

                            TIE: 5   - 4  - 23     EFT: 02-11-2012

G0005      TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED

This overlap is updated to reflect the correct TIE of the Anchor Sentence.



Manual Method:
         11  13  42
        2012-02-11   EFT Concurrent Sentence
    -   2008-06-19   EFT Anchor Sentence
        03-07-23     Overlap
    +        21      TIE of Anchor Sentence
        05-04-23     Length of Aggregreate
```

Digitally signed by Eileen Guillermo
DN: cn=Eileen Guillermo, c=US, o=Bureau of Prisons,
ou=DSCC, email=EGuillermo@bop.gov
Reason: I am the author of this document
Date: 2008.07.17 13:58:30 -05'00'

```
  DSC2B   540*23 *           SENTENCE MONITORING           *      07-21-2008
PAGE 001        *             COMPUTATION DATA             *      14:59:12
                              AS OF 07-21-2008

REGNO..: 24058-038 NAME: REEVES, ALVIN


FBI NO...........: 440092DB2            DATE OF BIRTH: 08-25-1977
ARS1.............: ELK/A-DES
UNIT.............: UNIT E               QUARTERS.....: E02-316L
DETAINERS........: NO                   NOTIFICATIONS: NO

PRE-RELEASE PREPARATION DATE: 11-09-2010

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE:  04-28-2011 VIA GCT REL

---------------------CURRENT JUDGMENT/WARRANT NO: 020 ------------------------

COURT OF JURISDICTION...........: MASSACHUSETTS
DOCKET NUMBER...................: 1:01CR10445-001-GAO
JUDGE...........................: KEETON
DATE SENTENCED/PROBATION IMPOSED: 11-20-2002
DATE SUPERVISION REVOKED........: 09-20-2006
TYPE OF SUPERVISION REVOKED.....: REG
DATE COMMITTED..................: 04-17-2007
HOW COMMITTED...................: COMMIT OF SUPERVISED REL VIOL
PROBATION IMPOSED...............: NO

                  FELONY ASSESS  MISDMNR ASSESS   FINES           COSTS
NON-COMMITTED.:   $1,900.00      $00.00           $00.00          $00.00

RESTITUTION...:  PROPERTY:  NO   SERVICES:  NO       AMOUNT: $83,895.08

----------------------CURRENT OBLIGATION NO: 010 -----------------------
OFFENSE CODE....:  156
OFF/CHG: SRT VIOL - ORIG OFF: 18:1028(A)(7) IDENT THEFT (CT'S 1-10)
         18:1344(2) BANK FRAUD (CT'S 11-19).

 SENTENCE PROCEDURE.............: SUPERVISED RELEASE VIOLATION PLRA
 SENTENCE IMPOSED/TIME TO SERVE.:     21 MONTHS
 CLASS OF OFFENSE...............: CLASS B FELONY
 DATE OF OFFENSE................: 07-28-1999

---------------------CURRENT JUDGMENT/WARRANT NO: 030 ------------------------

COURT OF JURISDICTION...........: MASSACHUSETTS
DOCKET NUMBER...................: 1:04CR10311-01-JLT
JUDGE...........................: TAURO




G0002      MORE PAGES TO FOLLOW . . .
```

```
  DSC2B    540*23 *            SENTENCE MONITORING          *      07-21-2008
  PAGE 002        *              COMPUTATION DATA           *      14:59:12
                                 AS OF 07-21-2008

 REGNO..: 24058-038 NAME: REEVES, ALVIN


 DATE SENTENCED/PROBATION IMPOSED: 02-12-2007
 DATE COMMITTED...................: 04-17-2007
 HOW COMMITTED....................: US DISTRICT COURT COMMITMENT
 PROBATION IMPOSED................: NO

                 FELONY ASSESS   MISDMNR ASSESS   FINES         COSTS
 NON-COMMITTED.:  $3,000.00       $00.00          $00.00        $00.00

 RESTITUTION...:   PROPERTY:  NO    SERVICES:  NO      AMOUNT:  $115,315.60

 ------------------------CURRENT OBLIGATION NO: 010 ------------------------
 OFFENSE CODE....:   153
 OFF/CHG: 18:371 - CONSPIRACY (CTS 1&2), 18:1344(1) - BANK FRAUD
          (CTS 3-15), 18:1028(A)(7) - IDENTITY THEFT (CTS 16-21),
          18:1028A - AGGRAVATED IDENTITY THEFT (CTS 22-28), AND
          18:1512(B)&(J) - TAMPERING W/WITNESS-AGGRAVATED (CTS 29&30).

  SENTENCE PROCEDURE..............: 3559 PLRA SENTENCE
  SENTENCE IMPOSED/TIME TO SERVE.:    60 MONTHS
  TERM OF SUPERVISION.............:     3 YEARS
  RELATIONSHIP OF THIS OBLIGATION
   TO OTHERS FOR THE OFFENDER....: CC TO 020/010
  DATE OF OFFENSE.................: 11-30-2004

 ------------------------CURRENT COMPUTATION NO: 020 ------------------------

 COMPUTATION 020 WAS LAST UPDATED ON 02-27-2008 AT DSC AUTOMATICALLY
 COMPUTATION CERTIFIED ON 02-27-2008 BY DESIG/SENTENCE COMPUTATION CTR

 THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
 CURRENT COMPUTATION 020: 020 010, 030 010




         G0002         MORE PAGES TO FOLLOW . . .
```

```
   DSC2B    540*23  *          SENTENCE MONITORING              *      07-21-2008
PAGE 003           *            COMPUTATION DATA                *      14:59:12
                                 AS OF 07-21-2008

REGNO..: 24058-038 NAME: REEVES, ALVIN


DATE COMPUTATION BEGAN..........: 09-20-2006
AGGREGATED SENTENCE PROCEDURE...: AGGREGATE GROUP 800 PLRA
TOTAL TERM IN EFFECT............:      5 YEARS       4 MONTHS       23 DAYS
TOTAL TERM IN EFFECT CONVERTED..:      5 YEARS       4 MONTHS       23 DAYS
AGGREGATED TERM OF SUPERVISION..:      3 YEARS
EARLIEST DATE OF OFFENSE........: 07-28-1999

JAIL CREDIT.....................:      FROM DATE     THRU DATE
                                        06-23-2001   06-23-2001
                                        09-11-2004   09-16-2004
                                        10-05-2004   10-21-2004
                                        01-27-2006   01-27-2006
                                        05-03-2006   05-11-2006
                                        09-19-2006   09-19-2006

TOTAL PRIOR CREDIT TIME.........: 35
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 254
TOTAL GCT EARNED................: 54
STATUTORY RELEASE DATE PROJECTED: 04-28-2011
SIX MONTH /10% DATE.............: N/A
EXPIRATION FULL TERM DATE.......: 01-07-2012


PROJECTED SATISFACTION DATE.....: 04-28-2011
PROJECTED SATISFACTION METHOD...: GCT REL

REMARKS.......: 02-29-2007 FINAL RELEASE AUDIT COMPLETED.
                04-20-2007 DSCC UDPATED COMP TO REFLECT CS SENTENCE.
                10-18-2007 COMP UPDATED TO REFLECT CC SENTENCE PER 2ND AMENDED
                J&C.02-27-2008 COMP UPDATED TO CORRECT JC & TIE-ELG/Q.




G0002        MORE PAGES TO FOLLOW . . .
```

```
  DSC2B   540*23  *          SENTENCE MONITORING            *      07-21-2008
 PAGE 004          *           COMPUTATION DATA             *      14:59:12
                                AS OF 11-07-2003

REGNO..: 24058-038 NAME: REEVES, ALVIN


FBI NO...........: 440092DB2              DATE OF BIRTH: 08-25-1977
ARS1.............: ELK/A-DES
UNIT.............: UNIT E                 QUARTERS.....: E02-316L
DETAINERS........: NO                     NOTIFICATIONS: NO

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S PRIOR COMMITMENT.
THE INMATE WAS SCHEDULED FOR RELEASE:  11-07-2003 VIA GCT REL

------------------------PRIOR JUDGMENT/WARRANT NO: 010 ----------------------

COURT OF JURISDICTION...........: MASSACHUSETTS
DOCKET NUMBER...................: 1:01CR10445-001REK
JUDGE...........................: KEETON
DATE SENTENCED/PROBATION IMPOSED: 11-20-2002
DATE COMMITTED..................: 01-30-2003
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO

                 FELONY ASSESS  MISDMNR ASSESS   FINES           COSTS
NON-COMMITTED.:  $1,900.00       $00.00          $00.00          $00.00

RESTITUTION...:  PROPERTY:  NO   SERVICES:  NO       AMOUNT: $83,895.08

--------------------------PRIOR OBLIGATION NO: 010 --------------------------
OFFENSE CODE....:  156
OFF/CHG: 18:1028(A)(7) IDENTITY THEFT (CT'S 1-10); 18:1344(2) BANK
        FRAUD (CT'S 11-19).

 SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:    21 MONTHS
 TERM OF SUPERVISION............:    36 MONTHS
 CLASS OF OFFENSE...............: CLASS B FELONY
 DATE OF OFFENSE................: 07-28-1999




G0002        MORE PAGES TO FOLLOW . . .
```

```
 DSC2B   540*23 *           SENTENCE MONITORING              *      07-21-2008
PAGE 005 OF 005 *            COMPUTATION DATA                *      14:59:12
                              AS OF 11-07-2003

REGNO..: 24058-038 NAME: REEVES, ALVIN


-------------------------PRIOR COMPUTATION NO: 010 ------------------------

COMPUTATION 010 WAS LAST UPDATED ON 03-31-2003 AT RBK AUTOMATICALLY

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
PRIOR COMPUTATION 010:   010 010

DATE COMPUTATION BEGAN...........: 11-20-2002
TOTAL TERM IN EFFECT.............:    21 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:     1 YEARS        9 MONTHS
EARLIEST DATE OF OFFENSE.........: 07-28-1999

JAIL CREDIT......................:    FROM DATE     THRU DATE
                                      02-13-2000    02-14-2000
                                      04-03-2000    04-03-2000
                                      07-06-2001    07-06-2001
                                      12-18-2001    12-18-2001
                                      05-07-2002    11-19-2002

TOTAL PRIOR CREDIT TIME..........: 202
TOTAL INOPERATIVE TIME...........: 0
TOTAL GCT EARNED AND PROJECTED..: 82
TOTAL GCT EARNED.................: 82
STATUTORY RELEASE DATE PROJECTED: 11-09-2003
SIX MONTH /10% DATE..............: 09-16-2003
EXPIRATION FULL TERM DATE.......: 01-30-2004


ACTUAL SATISFACTION DATE........: 11-07-2003
ACTUAL SATISFACTION METHOD......: GCT REL
ACTUAL SATISFACTION FACILITY....: CBN
ACTUAL SATISFACTION KEYED BY....: RAD

DAYS REMAINING...................: 82
FINAL PUBLIC LAW DAYS............: 2

                ARREST 2/13/00 BY PROV. PD (1 YR PROB); EXTRADITE TO ATTLEBORO
                MA & REL ON BAIL 2/14/00 (CASE DISM). ARREST BY CAMBRIDGE, PD
                4/3/00; REL ON BAIL SAME DAY (SENT TO 3 MOS SS). ARREST 7/6/01
                BY NORTON PD; REL SAME DAY (CASE DISMISSED). ARREST ON FEDERAL
                OFFENSE 12/18/01 & REL ON BOND; REMANDED AFTER VIOL 5/7/02.



G0000       TRANSACTION SUCCESSFULLY COMPLETED
```

```
   DSC2B                ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL  07-21-2008
PAGE 001 OF 001                                                       15:36:58
        FUNCTION: LST SCOPE: REG    EQ 24058-038      OUTPUT FORMAT: FULL
--------LIMITED TO SUBMISSIONS WHICH MATCH ALL LIMITATIONS KEYED BELOW---------
DT RCV: FROM _____   THRU _____    DT STS: FROM _____   THRU _____
DT STS: FROM ____ TO ____ DAYS BEFORE "OR" FROM ____ TO ____ DAYS AFTER DT RDU
DT TDU: FROM ____ TO ____ DAYS BEFORE "OR" FROM ____ TO ____ DAYS AFTER DT TRT
STS/REAS:    ____ ____ ____ ____ ____ ____ ____ ____ ____ ____ ____ ____
SUBJECTS:    ____ ____ ____ ____ ____ ____ ____ ____ ____ ____ ____ ____
EXTENDED: _ REMEDY LEVEL: _ _               RECEIPT: _ _ _ "OR" EXTENSION: _ _ _
RCV  OFC : EQ ____  ____  ____  ____  ____  ____
TRACK: DEPT: _____ _____ _____ _____ _____ _____
      PERSON: ____  ____  ____  ____  ____  ____
        TYPE: ___  ___  ___  ___  ___  ___
EVNT FACL: EQ ____  ____  ____  ____  ____  ____
RCV FACL.: EQ ____  ____  ____  ____  ____  ____
RCV UN/LC: EQ ____  ____  ____  ____  ____  ____
RCV QTR..: EQ _____ _____ _____ _____ _____ _____
ORIG FACL: EQ ____  ____  ____  ____  ____  ____
ORG UN/LC: EQ ____  ____  ____  ____  ____  ____
ORIG QTR.: EQ _____ _____ _____ _____ _____ _____


G5152        NO REMEDY DATA EXISTS FOR THIS INMATE
```